COMMON POLICY
DECLARATIONS

# ATAIN SPECIALTY INSURANCE COMPANY
## FARMINGTON HILLS, MICHIGAN

RENEWAL OF:
CIP368573

**Policy Number**
CIP401312

**Item 1. Named Insured and Mailing Address:**

JAMES HODGE
DBA RIVERBEND TREE SERVICE
3212 ALBY ST

ALTON                           IL      62002

Agent Name and Address:

BURNS & WILCOX, LTD.
111 SOUTH WACKER
SUITE 3900
CHICAGO              IL      60606

**Item 2.  Policy Period**      From:   04/20/2020      To:      04/20/2021

**12:01 A.M. Standard Time at the address of the Named Insured as stated herein.**

**Item 3.**   Retroactive Date:   None

**Item 4.**   Business Description:   TREE SERVICE REMOVAL AND TRIMMING

**Item 5.**   In return for the payment of the premium, and subject to all the terms of this policy, we agree with you to provide the insurance as stated in this policy.

This policy consists of the following coverage parts for which a premium is indicated. Where no premium is shown, there is no coverage. This premium may be subject to adjustment.

| Coverage Part(s) | Premium |
|---|---|
| Commercial Property Coverage Part | $ NOT COVERED |
| Commercial General Liability Coverage Part | $ ███████ |
| Professional Liability Coverage Part | $ INCLUDED |
| Non-Profit Organization Liability Coverage Part | $ NOT COVERED |
| Commercial Inland Marine | $ NOT COVERED |
|  | $ |
|  | $ |
| 100% MINIMUM & DEPOSIT | $ |
| ALL FEES ARE FULLY EARNED          NO FLAT CANCELLATION | $ |
| SERVICE FEE | $ ███████ |
| State Tax | $ ███████ |
| Stamping Fee | $ ███████ |
| Policy Fee | $ |
| Inspection Fee | $ |
| **Total** | $ ███████ |

Minimum & Advance Premium          100.0000%
Minimum Earned Premium          25     % of the original premium

**Item 6.**   Forms and endorsements applicable to all Coverage Parts: _____

SEE SCHEDULE OF FORMS AND ENDORSEMENTS

Countersigned   04/22/2020      BRYAN W CARSON          SMA          By   *Samuel Carson*

DATE          UNDERWRITER          PROCESSOR          COUNTERSIGNED

UNLPF-D-1 (07-17)

**EXHIBIT A**

Accepted on 04/22/2020 1:07:00 am - SLA Countersignature #IL20200049541.

Notice to Policyholder: This contract is issued, pursuant to Section 445 of the Illinois Insurance Code, by a company not authorized and licensed to transact business in Illinois and as such is not covered by the Illinois Insurance Guaranty Fund.

Service of process under this contract may be made upon the Director pursuant to paragraph 10 of Section 445 of the Code.

| SLAI Conf # | IL20200049541 |
|---|---|
| Filing Type | Policy |

| Insurance Company | Percent |
|---|---|
| Atain Specialty Insurance Co | 100.000000 |
| TOTALS: COUNT: 1 | 100.000000 |

| Policy Number | CIP401312 |
|---|---|
| Insured | JAMES HODGE DBA RIVERBEND TREE SERVICE |
| Address 1 | 3212 ALBY ST |
| City | ALTON |
| State | IL |
| Zip | 62002 |
| Effective Date | 04/20/2020 |
| Term (months) | 12 |
| Amount | 2,000,000 |

| Coverage Code | Premium | Fire Marshal Tax |
|---|---|---|
| Liability General (BI & PD) l Commercial General Liability (CGL) | ███ | ██ |
| TOTALS: COUNT: 1 | ███ | ██ |

| Surplus Line Tax | ██ |
|---|---|
| Stamping Fee | ██ |

| Service Fee: $██ |
|---|

**EXHIBIT A**

EXHIBIT A



# ATAIN

## SPECIALTY
## INSURANCE COMPANY

30833 Northwestern Hwy., Ste. 220, Farmington Hills, MI 48334

This Policy may contain one or more of these coverages:

COMMERCIAL PROPERTY
COMMERCIAL LIABILITY
CRIME
INLAND MARINE
COMMERCIAL AUTO
DIRECTORS & OFFICERS LIABILITY
OWNERS & CONTRACTORS PROTECTIVE
PERSONAL INLAND MARINE

**AF100 04-19**

EXHIBIT A

IN WITNESS WHEREOF, the company has caused this policy to be signed by its President and its Secretary and countersigned on the declarations page by a duty authorized representative of the company.

_____ Secretary

_____ President

(Attach Declarations Page, Coverage Parts, Schedules and Endorsements, if any, here)

AF100 04-19                                                          Page 2 of 2

# SCHEDULE OF FORMS AND ENDORSEMENTS

| POLICY NUMBER: | EFFECTIVE DATE: | NAMED INSURED: |
|---|---|---|
| CIP401312 | 04/ 20/ 2020 | JAMES HODGE<br>DBA RIVERBEND TREE SERVICE |

```
AF100   04-19          POLICY JACKET
SOFAE   09-10          SCHEDULE OF FORMS
```

**COMMERCIAL FORMS**

```
UNLPFD1 07-17          COMMON DECLARATIONS
AF3380 06-17           FRAUD AND MISREPRESENTATION ENDORSEMENT
AF3550 07-12           MINIMUM EARNED PREMIUM & CANCELLATION
AF900 01-16            SERVICE OF SUIT ENDORSEMENT
AF001772 08-17         ATAIN INSURANCE COMPANIES CLAIM REPORTING INFO
IL0017 11-98           COMMON POLICY CONDITIONS
```

**STATE FORMS**

```
CG0200 12-07           IL-CHANGES-CANCELLATION/NONRENEWAL
IL0147 09-11           ILLINOIS CHANGES-CIVIL UNION
```

**GENERAL LIABILITY**

```
UNLPFSD1L 07-17        COMMERCIAL GL SUPPLEMENTAL DEC
AF000676 07-12         PESTICIDE OR HERBICIDE APPLICATOR COVERAGE
AF000839 04-16         EMPLOYEES/SUBCON/INDEP CON/TEMP WORKERS/LEASED WORKERS/VOLUNTEERS
AF000852 07-12         TREE PRUNING, TRIMMING AND REMOVAL
AF000873 07-12         KNOWN INJ/DAMAGE EXCL- PERS & ADV INJ
AF000875 07-12         ERRORS & OMISSIONS
AF000899 03-14         AMENDMENT-AIRCRAFT, AUTO OR WATERCRAFT EXCLUSION
AF001007 06-17         COMBINED COVERAGE AND ENDORSEMENT
AF001396 09-18         INFRINGEMENT, MISAPPROPRIATION
AF001401 06-16         DAMAGE TO PREMISES RENTED TO YOU LIMITATION
AF001707 03-13         AMENDMENT OF NONPAYMENT/CANCELLATION CONDITION
AF001729 04-16         EXCLUSION - STATE OF MISSOURI
AF001740 04-16         EXCLUSION - STATE OF NEW YORK
AF001741 04-16         EXCLUSION - STATE OF WASHINGTON
AF001752 08-16         AMERICANS WITH DISABILITIES ACT AND DISCRIMINATION EXCLUSION
AF001788 10-19         TOTAL CANNABIS & RELATED PROD EXCL
AF33510 07-12          CLASSIFICATION LIMIT
AF33515A 05-14         NEW CONSTRUCTION RESIDENTIAL EXCL
AF3378 01-15           AMENDMENT OF SECTION IV
AF33818 07-12          PRIOR WORK EXCL
AF3397 07-12           EIFS & DRYWALL EMISSION EXCLUSION
AF3400 07-12           ABSOLUTE SILICA DUST EXCL
BW33515C 01-17         NEW CONST EXCL-CONDO,TWNHSE,ROW HSE,TRACT HOME
CG0001 04-13           COMMERCIAL GENERAL LIABILITY COVERAGE FORM
CG0300 01-96           DEDUCTIBLE LIABILITY
CG2107 05-14           EXCL-DISCLOSURE PERSONAL INFO
CG2167 12-04           FUNGI OR BACTERIA EXCLUSION
CG2173 01-15           EXCLUSION OF CERTIFIED ACTS OF TERRORISM
CG2426 04-13           AMENDMENT OF INSURED CONTRACT DEFINITION
```

**ADDITIONAL FORMS**

*EXHIBIT A*

**EXHIBIT A**

**This Endorsement Changes the Policy - Please Read it Carefully**

# FRAUD, CONCEALMENT AND MISREPRESENTATION ENDORSEMENT

**THIS ENDORSEMENT APPLIES TO ALL COVERAGE PARTS PROVIDED UNDER THE POLICY**

**A.   FRAUD, CONCEALMENT AND MISREPRESENTATION FOR INCEPTION OF THIS POLICY**

This policy was issued based on the information supplied on an application and other correspondence, including your claims or loss history. This information is attached to and considered to be part of this policy.

You should review this information carefully because the truth of this information was of paramount importance in influencing our decision to issue this policy.

You, for all the insureds under this policy, do warrant the truth of such information to the best of your and their knowledge at the inception date of this policy.

If such information is false or misleading, it may cause denial of coverage or voiding of the policy.  In any such instance, there shall be no duty to defend or indemnify any insured.

**B.   FRAUD, CONCEALMENT AND MISREPRESENTATION IN PRESENTING ANY CLAIM**

With respect to all "insureds" covered under this policy and their representatives, we do not provide coverage if one or more "insureds" have:

      a)    Concealed or misrepresented any material fact or circumstance; or

      b)    Engaged in fraudulent or dishonest conduct relating to a claim.

Any actions taken by an insured, or their representative, as outlined in this endorsement may cause a denial of coverage or voiding of the policy.  In any such instance, there shall be no duty to defend or indemnify any insured.

All other terms and conditions of this policy remain unchanged.

This endorsement is effective on the inception date of this policy unless otherwise stated herein.
(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)

Policy Number: CIP401312

Named Insured: JAMES HODGE

Endorsement Effective Date:



*EXHIBIT A*

**This Endorsement Changes The Policy. Please Read It Carefully.**

MINIMUM EARNED PREMIUM AND CANCELLATION CLAUSE

This endorsement modifies insurance provided under the following Coverage Forms:

COMMERCIAL CRIME COVERAGE FORM
COMMERCIAL INLAND MARINE COVERAGE FORM
COMMERCIAL GENERAL LIABILITY COVERAGE FORM
COMMERCIAL PROPERTY COVERAGE PART
GARAGE COVERAGE FORM
GARAGEKEEPERS LEGAL LIABILITY COVERAGE FORM
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE FORM

The minimum premium for this policy is [ 25 %] of the annual written premium, and such minimum earned premium is not subject to short rate or pro-rata adjustment in the event of cancellation by the insured.  It is understood and agreed that cancellation for non-payment of premium shall be deemed a request by the insured for cancellation of this policy.  In such case, the terms of the minimum earned premium and cancellation clause apply.

All other terms and conditions of this policy remain unchanged.

This endorsement is effective on the inception date of this policy unless otherwise stated herein.
(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)

Policy Number:  CIP401312

Named Insured:  JAMES HODGE
                DBA RIVERBEND TREE SERVICE

Endorsement Effective Date:  04/ 20/ 2020

AF 3550

**Page 1 of 1**

07/ 2012

*EXHIBIT A*

# SERVICE OF SUIT ENDORSEMENT

This Service of Suit Clause will not be read to conflict with or override the obligations of the parties to arbitrate their disputes as provided for in any Arbitration provision within this Policy. This Clause is intended as an aid to compelling arbitration or enforcing such arbitration or arbitral award, not as an alternative to such Arbitration provision for resolving disputes arising out of this contract of insurance.

It is agreed that in the event of the failure of the Company to pay any amount claimed to be due hereunder, the Company, at the request of the insured, will submit to the jurisdiction of a Court of competent jurisdiction within the United States or Canada.  Nothing in this endorsement shall in any way constitute a waiver of the Company to commence an action in any Court of competent jurisdiction in the United States, to remove any action to a United States District Court, to seek a transfer of a case to another Court as permitted by the laws of the United States or of any State in the United States, or to enforce any other provisions of the policy.

It is further agreed that service of process in such suit may be made upon the Claims & Litigation Director, Atain Specialty Insurance Company, Kaufman Financial Center, 30833 Northwestern Highway, Farmington Hills, MI 48334, and that in any suit instituted against the Company under this policy, the Company will abide by the final decision of such Court or by the final decision of the final Appellate Court, in the event of an appeal.

The above-named is authorized and directed to accept service of process on behalf of the Company in any such suit and/ or upon the request of the insured to give a written undertaking to the Insured that it or they will enter a general appearance upon the Company's behalf in the event such a suit shall be instituted.

Further, pursuant to any statute of any state, territory or district of the United States of America or province of Canada, which makes provision therefore, the Company hereby designates the Superintendent, Commissioner or Director of Insurance or other officer specified for that purpose in the statute or his successor or successors in office, as their true and lawful attorney upon who may be served any lawful process in any action, suit or proceeding instituted by or on behalf of the Insured or any beneficiary hereunder arising out of this contract of insurance, and hereby designates the above-named as the person to whom the said officer is authorized to mail such process or a true copy thereof.

EXHIBIT A

# ATAIN INSURANCE COMPANIES
# CLAIM REPORTING INFORMATION

Your insurance policy has been placed with an Atain Insurance Company.

Our commitment to you is to provide fast, fair claim service.  Promptly reporting an event that could lead to a claim, as required by your policy, helps us fulfill this commitment to you.  Please refer to your policy for this and all other terms and conditions.

## HOW TO REPORT A CLAIM

E-mail at claims@atainins.com, fax at 248-539-6092, or visit our website at www.atainins.com.

In order to expedite this process, please be prepared to furnish as much of the following information as possible:

- Your policy number

- Date, time and location of the loss / accident

- Details of the loss / accident

- Name, address and phone number of any involved parties

- If applicable, name of law enforcement agency or fire department along with the incident number.

Please also refer to your policy for specific claim reporting requirements.

Thank you for your business and as always, we appreciate the opportunity to serve you.

EXHIBIT A

# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions.

## A. Cancellation

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

    a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

    b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

## B. Changes

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

## C. Examination Of Your Books And Records

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

## D. Inspections And Surveys

1. We have the right to:

    a. Make inspections and surveys at any time;

    b. Give you reports on the conditions we find; and

    c. Recommend changes.

2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

    a. Are safe or healthful; or

    b. Comply with laws, regulations, codes or standards.

3. Paragraphs **1.** and **2.** of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

4. Paragraph **2.** of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

## E. Premiums

The first Named Insured shown in the Declarations:

1. Is responsible for the payment of all premiums; and

2. Will be the payee for any return premiums we pay.

## F. Transfer Of Your Rights And Duties Under This Policy

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

Hart Forms & Services
Reorder No. 14-B234

*EXHIBIT A*

COMMERCIAL GENERAL LIABILITY
CG 02 00 12 07

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ILLINOIS CHANGES - CANCELLATION
# AND NONRENEWAL

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/ COMPLETED OPERATIONS LIABILITY COVERAGE PART
PRODUCT WITHDRAWAL COVERAGE PART

**A. Cancellation** (Common Policy Conditions) is replaced by the following:

**CANCELLATION**

1. The first Named Insured shown in the Declarations may cancel this policy by mailing to us advance written notice of cancellation.

2. We may cancel this policy by mailing to you written notice stating the reason for cancellation. If we cancel:

   **a.** For nonpayment of premium, we will mail the notice at least 10 days prior to the effective date of cancellation.

   **b.** For a reason other than nonpayment of premium, we will mail the notice at least:

      **(1)** 30 days prior to the effective date of cancellation if the policy has been in effect for 60 days or less.

      **(2)** 60 days prior to the effective date of cancellation if the policy has been in effect for more than 60 days.

3. If this policy has been in effect for more than 60 days, we may cancel only for one or more of the following reasons:

   **a.** Nonpayment of premium;

   **b.** The policy was obtained through a material misrepresentation;

   **c.** Any insured has violated any of the terms and conditions of the policy;

   **d.** The risk originally accepted has measurably increased;

   **e.** Certification to the Director of Insurance of the loss of reinsurance by the insurer that provided coverage to us for all or a substantial part of the underlying risk insured; or

   **f.** A determination by the Director of Insurance that the continuation of the policy could place us in violation of the insurance laws of this State.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund will be less than pro rata. The cancellation will be effective even if we have not offered a refund.

**B.** The following is added and supersedes any provision to the contrary:

**NONRENEWAL**

If we decide not to renew or continue this policy, we will mail you and your agent or broker written notice, stating the reason for nonrenewal, at least 60 days before the end of the policy period. If we offer to renew or continue and you do not accept, this policy will terminate at the end of the current policy period. Failure to pay the required renewal or continuation premium when due shall mean that you have not accepted our offer.

If we fail to mail proper written notice of nonrenewal and you obtain other insurance, this policy will end on the effective date of that insurance.

**C. Mailing Of Notices**

We will mail cancellation and nonrenewal notices to you, and the agent or broker, at the last addresses known to us. Proof of mailing will be sufficient proof of notice.

Copyright, ISO Properties, Inc., 2006

*EXHIBIT A*

IL 01 47 09 11

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ILLINOIS CHANGES - CIVIL UNION

This endorsement modifies insurance provided under the following:

COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL LIABILITY UMBRELLA COVERAGE PART
FARM COVERAGE PART
FARM UMBRELLA LIABILITY POLICY
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCT WITHDRAWAL COVERAGE PART
PRODUCTS/ COMPLETED OPERATIONS LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

**A.** The term "spouse" is replaced by the following:

Spouse or party to a civil union recognized under Illinois law.

**B.** Under the Commercial Auto Coverage Part, the term "family member" is replaced by the following:

"Family member" means a person related to the:

**1.** Individual Named Insured by blood, adoption, marriage or civil union recognized under Illinois law, who is a resident of such Named Insured's household, including a ward or foster child; or

**2.** Individual named in the Schedule by blood, adoption, marriage or civil union recognized under Illinois law, who is a resident of the individual's household, including a ward or foster child, if the Drive Other Car Coverage - Broadened Coverage For Named Individual Endorsement is attached.

**C.** With respect to coverage for the ownership, maintenance, or use of "covered autos" provided under the Commercial Liability Umbrella Coverage Part, the term "family member" is replaced by the following:

"Family member" means a person related to you by blood, adoption, marriage or civil union recognized under Illinois law, who is a resident of your household, including a ward or foster child.

*EXHIBIT A*

## COMMERCIAL GENERAL LIABILITY COVERAGE PART
## SUPPLEMENTAL DECLARATIONS

These Supplemental Declarations form a part of policy number         CIP401312

### LIMITS OF INSURANCE

| | |
|---|---|
| General Aggregate Limit (other than Products/ Completed Operations) | $ 2,000,000 |
| Products/ Completed Operations Aggregate Limit | $ INCLUDED |
| Personal and Advertising Injury Limit | $ 1,000,000 |
| Each Occurrence Limit | $ 1,000,000 |
| Damage to Premises Rented to You Limit | $ 100,000 |
| Medical Expense Limit | $ 5,000   any one person |

### BUSINESS DESCRIPTION AND LOCATION OF PREMISES

Form of business:

[X] Individual   [ ] Joint Venture   [ ] Partnership   [ ] Organization (other than Partnership or Joint Venture)   [ ] Corporation   [ ] LLC

Business description:   TREE SERVICE REMOVAL AND TRIMMING

Location of all premises you own, rent or occupy:   3212 ALBY ST, ALTON, IL 62002

### PREMIUM

| Classification | Code No. | *Premium Basis | PR/ Co Rate | All Other | Advance Premium Pr/ Co | All Other | |
|---|---|---|---|---|---|---|---|
| TREE PRUNING, DUSTING OR SPRAYING, REPAIRING, TRIMMING OR FUMIGATING | 99777 | P▮ | INCLUDED | ▮ | INCLUDED | ▮ | MP |
| ERRORS AND OMISSIONS COVERAGE | 99999 | ▮ | INCLUDED | ▮ | INCLUDED | ▮ | |

GL TOTAL:   $1,100

### FORMS AND ENDORSEMENTS (other than applicable forms and endorsements shown elsewhere in the policy)

Forms and endorsements applying to this Coverage Part and made part of this policy at time of issue:

SEE SCHEDULE OF FORMS AND ENDORSEMENTS

DEDUCTIBLE: $ 1,000          Per Claim

*(a) Area, (c) Total Cost, (m) Admission, (p) Payroll, (s) Gross Sales, (u) Units, (o) Other

THIS SUPPLEMENTAL DECLARATIONS AND THE COMMERCIAL LIABILITY DECLARATIONS, TOGETHER WITH THE COMMON POLICY CONDITIONS, COVERAGE FORM(S) AND ENDORSEMENTS COMPLETE THE ABOVE NUMBERED POLICY.

UNLPF-SD-1L (07-17)

*EXHIBIT A*

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## PESTICIDE OR HERBICIDE APPLICATOR COVERAGE

This endorsement modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE FORM**
**COMBINED COVERAGE AND EXCLUSION ENDORSEMENT - AF 001 007**

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Endorsement Number | Inception Date | Expiration Date |
|---|---|---|
| | 04/ 20/ 2020 | 04/ 20/ 2021 |
| Endorsement Effective | Policy Number | |
| | CIP401312 | |
| Named Insured | JAMES HODGE DBA RIVERBEND TREE SERVICE | |

**SCHEDULE**

**Description of Operations:**
TREE SERVICE REMOVAL AND TRIMMING

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

With respect to the operations shown in the Schedule, the following amends the **TOTAL POLLUTION EXCLUSION WITH HOSTILE FIRE EXCEPTION** in the **COMBINED COVERAGE AND EXCLUSION ENDORSEMENT**:

This exclusion does not apply if the operations meet all standards of any statute, ordinance, regulation or license requirement of any federal, state or local government which apply to those operations.

**AF 000 676  07/ 12**

EXHIBIT A

This Endorsement Changes The Policy. Please Read It Carefully.

# EMPLOYEES, SUBCONTRACTORS, INDEPENDENT CONTRACTORS, TEMPORARY WORKERS, LEASED WORKERS OR VOLUNTEERS

This endorsement modifies insurance provided under the following Coverage Forms:

> COMMERCIAL GENERAL LIABILITY COVERAGE FORM
> OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE FORM – COVERAGE FOR OPERATIONS OF DESIGNATED CONTRACTOR

I.   Exclusion **e.**, **Employers' Liability** in **Part 2, Exclusions** of SECTION I – COVERAGES, **COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY** of the **COMMERCIAL GENERAL LIABILITY COVERAGE FORM** is replaced by the following:

**e.**   Employer's Liability

**1.**   "Bodily injury" to an "employee", subcontractor, employee of any subcontractor, "independent contractor", employee of any "independent contractor", "temporary worker", "leased worker", "volunteer worker" of any insured or any person performing work or services for any insured arising out of and in the course of employment by or service to any insured for which any insured may be held liable as an employer or in any other capacity;

**2.**   Any obligation of any insured to indemnify or contribute with another because of damages arising out of "bodily injury" to an "employee", subcontractor, employee of any subcontractor, "independent contractor", employee of any "independent contractor", "temporary worker", "leased worker", "volunteer worker" of any insured or any person performing work or services for any insured arising out of and in the course of employment by or service to any insured for which any insured may be held liable as an employer or in any other capacity;

**3.**   "Bodily injury" sustained by the spouse, parent, brother, sister, companion or offspring of an "employee", subcontractor, employee of any subcontractor, "independent contractor", employee of any "independent contractor", "temporary worker", "leased worker", "volunteer worker" of any insured or any person performing work or services for any insured as a consequence of "bodily injury" to such an "employee", subcontractor, employee of any subcontractor,  "independent contractor", employee of any "independent contractor", "temporary worker" "leased worker", "volunteer worker" of any insured or any person performing work or services for any insured in the course of his or her employment by or service to any insured; or

**4.**   Contractual liability as defined in Section I - Exclusions, item 2 b. of the Commercial General Liability Coverage Form CG 0001.

For the purposes of this endorsement, "independent contractor" means one that contracts to do work or perform a service for another and that retains control over the means or methods used in doing the work or performing the service. "Independent contractor" includes, but is not limited to, subcontractors and any employees of a subcontractor, any employee of an independent contractor, any "employees" of any insured, agents, representatives, volunteers, spouses, family members of any insured or any Additional Insureds added to this policy.

For the purposes of this endorsement, "Employee" is defined as

follows: "Employee" includes a "leased worker".

This exclusion applies to all causes of action arising out of "bodily injury" to any "employee", subcontractor, employee of any subcontractor, "independent contractor", employee of any "independent contractor", "temporary worker", "leased worker", "volunteer worker" or any person performing work or services for any insured because of "bodily injury" including care and loss of services.

When there is no coverage for any one insured under this endorsement, coverage is also excluded for any other insured (and SECTION IV.7.b of Commercial General Liability Coverage Form CG0001 shall not apply).

**Includes copyrighted material of Insurance Services Office, Inc. with its permission**
**Copyright, Insurance Services Office, 2004**

AF000839 (04/ 2016)                                                        Page 1 of 2

II.    Exclusion f. **Employers Liability** in Part **2, Exclusions** of SECTION 1 - COVERAGES, BODILY INJURY AND
PROPERTY DAMAGE LIABILITY in the OWNERS AND CONTRACTORS PROTECTIVE LIABILITY
COVERAGE FORM - COVERAGE FOR OPERATIONS OF DESIGNATED CONTRACTOR form is
replacedby the following:

**f.      Employer's Liability**

**1.**    "Bodily injury" to an "employee", subcontractor, employee of any subcontractor,
"independent contractor", employee of any "independent contractor", "temporary worker",
"leased worker", volunteer of any insured or any person performing work or services for any
insured arising out of and in the course of employment by or service to any insured for which
any insured may be held liable as an employer or in any other capacity;

**2.**    Any obligation of any insured to indemnify or contribute with another because of
damages arising out of "bodily injury" to an "employee", subcontractor, employee of any
subcontractor, "independent contractor", employee of any "independent contractor",
"temporary worker", "leased worker", volunteer of any insured or any person performing
work or services for any insured arising out of and in the course of employment by or
service to any insured for which any insured may be held liable as an employer or in any
other capacity;

**3.**    "Bodily injury" sustained by the spouse, parent, brother, sister, companion or offspring of an
"employee", subcontractor, employee of any subcontractor, "independent contractor",
employee of any "independent contractor", "temporary worker", "leased worker", volunteer  of
any insured or any person performing work or services for any insured as a consequence of
"bodily injury" to such an "employee", subcontractor, employee of any subcontractor,
"independent contractor", employee of any "independent contractor", "temporary worker",
"leased worker", volunteer or any person performing work or services for any insured in the
course of his employment by or service to any insured; or

**4.**    Contractual liability as defined in Section I - Exclusions, item 2 b. of the Owners and
Contractors Protective Liability Coverage Form CG 0009.

For the purposes of this endorsement, "independent contractor" means one that contracts to do
work or perform a service for another and that retains control over the means or methods used in
doing the work or performing the service. "Independent contractor" includes, but is not limited to,
subcontractors and any employees of any subcontractor, any employee of an independent
contractor, any "employees" of any insured, agents, representatives, volunteers, spouses, family
members of any insured or any Additional Insureds added to this policy.

For the purposes of this endorsement, "Employee" is defined as follows:

"Employee" includes a "leased worker".

This exclusion applies to all causes of action arising out of "bodily injury" to any "employee",
subcontractor, employee of any subcontractor, "independent contractor", employee of any
"independent contractor", "temporary worker", "leased worker", volunteer or any person performing
work or services for any insured by any person or organization for damages because of "bodily
injury", including care and loss of services.

When there is no coverage for any one insured under this endorsement, coverage is also excluded
for any other insured (and SECTION IV. 11.b. of Owners and Contractors Protective Liability
Coverage Form CG0009 shall not apply).

All other terms and conditions of this policy remain unchanged.

This endorsement is effective on the inception date of this policy unless otherwise stated herein.
(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)

Policy Number: CIP401312
Named Insured: JAMES HODGE
Endorsement Effective Date:

_____
Authorized Representative

*EXHIBIT A*

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# TREE PRUNING, TRIMMING AND REMOVAL ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Endorsement Number | Inception Date 04/ 20/ 2020 | Expiration Date 04/ 20/ 2021 |
|---|---|---|
| Endorsement Effective | Policy Number CIP401312 | |
| Named Insured    JAMES HODGE DBA RIVERBEND TREE SERVICE | | |

1.    It is agreed that this insurance does not apply to any claim or "suit" arising out of the pruning, trimming or removal of trees in which the following occur:

   a.    The use of any product that is not used in accordance with the manufacturer's specifications or instructions or any product not approved by governmental or other duly constituted authority for such use; or
   b.    Consequential losses resulting from damage to any power or communication line.

2.    <u>Warranty</u>:       The Insured warrants the following and agrees compliance with this warranty and is a precondition to coverage under this policy:

   The Insured will post danger signs and rope off or similarly restrict access to any area where trees are being pruned or felled.

---

**AF 000 852**

07/ 2012

**Page 1 of 1**

*EXHIBIT A*

*EXHIBIT A*

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# KNOWN INJURY OR DAMAGE EXCLUSION PERSONAL AND ADVERTISING INJURY

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Endorsement Number | Inception Date | Expiration Date |
|---|---|---|
| | 04/20/2020 | 04/20/2021 |
| Endorsement Effective | Policy Number | |
| | CIP401312 | |
| Named Insured  JAMES HODGE  DBA RIVERBEND TREE SERVICE | | |

The following exclusion is added to Paragraph **2. Exclusions** of SECTION I - COVERAGES, COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY:

**Known Injury Or Damage**

This insurance does not apply to "personal and advertising injury" arising from an offense:

**a.** That occurs during the policy period and, prior to the policy period, an insured listed under Paragraph **1.** of **SECTION II - WHO IS AN INSURED** or an "employee" authorized by you to give or receive notice of an offense or claim, knew that the "personal and advertising injury" had occurred prior to the policy period, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "personal and advertising injury" occurred, then any continuation, change or resumption of such offense during or after the policy period will be deemed to have been known prior to the policy period; or

**b.** That occurs during the policy period and was, prior to the policy period, known to have occurred by any insured listed under Paragraph **1.** of **SECTION II - WHO IS AN INSURED** or an "employee" authorized by you to give or receive notice of an offense or claim, includes any continuation, change or resumption of that "personal and advertising injury" after the end of the policy period.

A "personal and advertising injury" arising from an offense will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph **1.** of **SECTION II - WHO IS AN INSURED** or an "employee" authorized by you to give or receive notice of an offense or claim:

**(1)** Reports all, or any part, of the "personal and advertising injury" to us or any other insurer;

**(2)** Receives a written or verbal demand or claim for damages because of the "personal and advertising injury"; or

**(3)** Becomes aware by an other means that "personal and advertising injury" has occurred or has begun to occur.

*EXHIBIT A*

*EXHIBIT A*

# ERRORS AND OMISSIONS COVERAGE PART

Various provisions in this Coverage Part restrict coverage.  Read the entire Coverage Part carefully to determine rights, duties, and what is and is not covered.

Throughout this Coverage Part the words, "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this Coverage Part. The words "we", "us", and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under **WHO IS AN INSURED (SECTION II).**

Other words and phrases that appear in the quotation marks have special meaning. Refer to **DEFINITIONS (SECTION VI).**

## SCHEDULE

| Description of Services: |
|---|
| TREE SERVICE REMOVAL AND TRIMMING |

| COVERAGE | LIMIT OF INSURANCE | |
|---|---|---|
| Errors and Omissions | $ 1,000,000 | Each Claim |
| | $ 2,000,000 | Aggregate |

| Premium Basis | Rate | Premium |
|---|---|---|
| INCLUDED | INCLUDED | $ INCLUDED |

**SECTION 1-COVERAGE**
1.  **Insuring Agreement**
    a.  We will pay those sums that the insured becomes legally obligated to pay as "damages" as a result of an "error or omission" to which this insurance applies.  We will have the right and duty to defend the insured against any "suit" seeking those "damages". However, we will have no duty to defend the insured against any "suit" seeking "damages" for an "error or omission" to which this insurance does not apply.  We may, at our discretion, investigate any "error or omission" and settle any "claim" or "suit" that may result.  But:
        **(1)** The amount w e will pay for "damages" is limited as described in **LIMITS OF INSURANCE; (SECTION III)**; and
        **(2)** Our right and duty to defend ends w hen w e have used up the applicable limit of insurance in the payment of judgements or settlements.
        No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under **SUPPLEMENTARY PAYMENTS**.
    b.  This insurance applies to "errors and omissions" only if:
        **(1)** The "error or omission" takes place in the coverage territory; and
        **(2)** The "error or omission" occurs during the policy period.

*EXHIBIT A*

*EXHIBIT A*

    **(3)** Prior to the policy period, no insured listed under Paragraph **1.** of **SECTION II-WHO IS AN INSURED** and no employee authorized by you to give or recieve notice of an occurence or claim, knew that the "damages" has occured, in whole or in part.  If such a listed insured knew, prior to the policy peroid, that the "damages" occured, then any continuation, change or resumption of such "damages" during or after the policy period will be deemed to have been know prior to the policy period.

**c.** "Damages" which occured during the policy period and were not, prior to the policy period, known to have occurred by any insured listed under Paragraph **1.** of **SECTION II- WHO IS AN INSURED,** or any employee authorized by you to give or receive notice of an occurrence or claim, includes any continuation, change or resumption of "damages" after the end of the poilcy period.

**d.** "Damages" will be deemed to have been known to have occurred at the earliest time when any insured listed under paragraph **1.** of **SECTION II- WHO IS AN INSURED** or any employee authorized by you to give or receive notice of an occurrence or claim:

    **(1)** Reports all, or any part, of the "damages" to us or any other insurer;

    **(2)** Recieves a written or verbal demand or claim for "damages"; or

    **(3)** Becomes aware by any other means that "damages" have occurred or have begun to occur.

**e.** "Damages" because of "errors or omissions" include "damages" claimed by any person or organization for care, loss of services or death resulting at any time from the "error or omission".

**2.**   **Exclusions**

This insurance does not apply to:

**a.** "Errors or omissions" for which the insured is obligated to pay "damages" by reason of the assumption of liability in a contract or agreement.  This exclusion does not apply to liability for "damages" that the insured would have in the absence of the contract or agreement.

**b.** Any obligation of any insured under any workers' compensation, unemployment compensation, disability benefits law, Federal Securities Act of 1033, Employee Retirement Income Security Act of 1974 (ERISA) or under amy similar law.

**c.** Injury arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto", or watercraft owned or operated by or rented or loaned to any insured.  Use includes operation and "loading or unloading".

**d.** Injury arising out of a dishonest, fraudulent, malicious or criminal act by any insured.

**e. (1)** Injury arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

    **(a)** At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to , any insured;

    **(b)** At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

    **(c)** Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for any person or organization for whom you may be legally responsible; or

    **(d)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations:

        **(i)** If the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor; or

        **(ii)** If the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to , or assess the effects of "pollutants".

    **(2)** Any loss, cost or expense arising out of any:

        **(a)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to , or assess the effects of, "pollutants"; or

*EXHIBIT A*

**(b)** "Claim" or "suit" by or on behalf of a governmental authority for "damages" because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to , or assessing the effects of , "pollutants". "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**f.** "Damages" caused, arising, directly or indirectly, out of:
   **(1)** War, including undeclared or civil war;
   **(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or
   **(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**g.** Damage to:
   **(1)** Property you own, rent, or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;
   **(2)** Premises you sell, give away or abandon, if the damages arises out of any part of those premises;
   **(3)** Property loaned to you, except property loaned to you and held as evidence;
   **(4)** Personal property in the care, custody or control of the insured, except when property is being held as evidence;
   **(5)** That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the damage arises out of those operations; or
   **(6)** That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.
   Paragraph **(2)** of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

**h.** Damage to "your work" arising out of if or any part of it.
   This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

**i.** Damage to "impaired property" or property that has not been physically injured, arising out of:
   **(1)** A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or
   **(2)** a delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.
   This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

**j.** "Damages" claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawl, recall, inspection, repair, replacement, adjustment, removal or disposal of:
   **(1)** "Your product" ;
   **(2)** "Your work" ;
   **(3)** "Impaired property" ;
   if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**k.** Injury to:
   **(1)** An employee of the insured arising out of an in the course of employment by the insured, including wrongful termination; or
   **(2)** The spouse, child, parent, brother, sister of that employee as a consequence of k. (1) above;
   This exclusion applies:
      **(a)** Whether the insured may be liable as an employer or in any other capacity; and
      **(b)** To any obligation to share "damages" with or repay someone else who must pay "damages" because of the injury.

AF 000 875

07/ 2012                                  **Page 3 of 8**

    l.  Injury to:
        **(1)** A person arising out of any:
            **(a)** Refusal to employ that person;
            **(b)** Termination of that person's employment; or
            **(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation or discrimination directed at that person; or
        **(2)** The spouse, child, parent, brother or sister of that person as a consequence of injury to that person at whom any of the employment-related practices described in paragraphs **(a)**, **(b)**, **or (c)** above is directed.

        This exclusion applies:
        **(1)** Whether the insured may be liable as an employer or in any other capacity; and
        **(2)** To any obligation to share "damages" with or repay someone else who must pay "damages" because of the injury.
    **m.**  Any Injury arising out of any circumstances due to nuclear reaction, radiation, or contamination regardless of cause.
    **n.**  Injury arising out of:
        **(1)** Inhaling, ingesting or prolonged physical exposure to asbestos or goods or products containing asbestos; or
        **(2)** The use of asbestos in construction or manufacturing any good, product or structure; or
        **(3)** The removal of asbestos from any good, product or structure; or
        **(4)** The manufacture, sales, transportation, storage or disposal of asbestos or goods or products containing asbestos.
    **o.**  Any "error or omission" arising out of the rendering or failure to render any service provided by any architect, engineer, accountant, land survey, or actuary, insurance agent or broker, financial management consultant, physician or attorney.
    **p.**  Any claims covered under the Commercial General Liability or Liquor Liability Coverage Forms or any other coverages included in this policy.
    **q.**  "Damages" arising out of the loss, loss or use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.  As used in this exclusion, electronic data means, information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard of floppy disks, CDROMS    , tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.


**SUPPLEMENTARY PAYMENTS**

We will pay, with respect to any "claim" we investigate or settle, or any "suit" against an insured we defend:

    **1.**    All expenses we incur.
    **2.**    The cost of binds to release attachments, but only for bond amounts within the applicable limit of insurance.  We do not have to furnish these bonds.
    **3.**    All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the "claim" or "suit" including actual loss of earnings up to $250 a day because of time off from work.
    **4.**    All costs taxed against the insured in the "suit".
    **5.**    Prejudgment interest awarded against the insured on that part of the judgement we pay.  If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that peroid of time after the offer.
    **6.**    All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.
These payments will not reduce the limits of insurance.

**SECTION II - WHO IS AN INSURED**

If you are designated in the Declarations as:

1. An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.
2. A partnership or joint venture, you are an insured.  Your members, your partners and their spouses are also insureds, but only with respect to the conduct of your business.
3. A limited liability company, you are an insured.  Your memebers are also insureds, but only with respect to the conduct of your business.  Your managers are insureds, but only with respect to their duties as your managers.
4. A trust, you are an insured.  Your trustees are also insureds, but only with respect to their duties as trustees.
5. An organization other than a partnership, joint venture, limited liability company or trust you are an insured. Your executive officers and directors are insureds, but only with respect to their duties as you officers or directors.  Your stockholders are also insureds, but only with respect to their liability as stockholders.
6. Your employees are insureds but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business.
7. Your "volunteer workers" and your employees are insureds but only for acts within the scope of the employment for you or while performing duties related to the conduct of your business.

**SECTION III - LIMITS OF INSURANCE**

1. The Limits of Insurance shown in the Schedule of this Coverage part and the rules below fix the most we will pay regardless of the number of:
   a. Insureds;
   b. "Claims" made or "suits" brought; or
   c. Persons or organizations making "claims" or bringing "suits:".
2. The Aggregate Limit is the most we will pay for all "damages" because of an "error or omission" under this insurance regardless of the number of "claims".
3. Subject to the Aggregate Limit, the Each Claim Limit is the most we will pay for all "damages" arising out of any one "claim".

The Limits of Insurance of the Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy peroid shown in the Declarations, unless the policy period is extended after issuance for an addtional period of less than 12 months.  In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

**SECTION IV - COVERAGE PART CONDITIONS**

1. **Bankruptcy**
   Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.
2. **Duties in the event of an "Error of Omission," "Claim" or "Suit"**
   a. You must see to it that we are notified as soon as practicable of an "error or omission" which may result in a "claim."  To the extent possible, notice should include:
      (1) How, when and where the "error or omission" took place;
      (2) The names and addresses of any injured persons and witnesses; and
      (3) The nature and location of any injury or damge arising out of the "error or omission".
   b. If a "claim" is made or "suit" is brought against any insured, you must:
      (1) Immediately record the specifics of the "claim" or "suit" and the date recieved; and
      (2) Notify us as soon as practicable.
      You must see to it that we receive written notice of the "claim" or "suit" as soon as practicable.

**AF 000 875**

   c.  You any other involved insured must:
- **(1)** Immediately send us copies of any demands, notices, summonses or legal papers recieved in connection with the "claim or suit";
- **(2)** Authorize us to obtain records and other information;
- **(3)** Cooperate with us in the investigation, settlement or defense of the "claim" or "suit", and
- **(4)** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

   d.  No insured will, except at their own cost, voluntarily make a payment, assume any obligation, or incur any expense, withour our consent.

**3.**    **Legally Action Against Us**

No person or organization has a right under this Coverage Part:

**a.**  To join us as a party or otherwise bring us into a "suit" asking for "damages" from an insured; or

**b.**  To sue us on this Coverage Part unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured obtained after an actual trial, but we will not be liable for "damages" that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance.  An agreed settlement means a settlement and release of liability signed by us,  the insured and the claimant or the claimant's legal representative.

**4.**    **Other Insurance**

If other valid and collectible insurance is available to the insured for a loss we cover, our obligations are limited as follows:

**a.**  Primary Insurance

This insurance is primary except when b. below applies.  If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary.  Then, we will share with all that other insurance by the method described below.

**b.**  Excess Insurance

This insurance is excess over any other insurance, whether primary, excess, contingent or on any other basis that is valid and collectible insurance available to you under any other policy.

When this insurance is excess, we have no duty to defend the insured against any "suit" if any other insurer has a duty to defned the insured against that "suit".  If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against those other insurers.

When this insurance is excess over other insurance, we will pay only the amount of the loss, if any, that exceeds the sum of:

**(1)** The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

**(2)** The total of all deductible and self-insured amounts under all other insurance.

If a loss occurs involving two or more policies, each of which states that its insurance will be excess, then our policy will contribute on a pro rata basis.

**c.**  Method of Sharing

If all the other insurance permits contribution by equal shares, we will follow this method also.  Under this approach each insurer contributes equal amounts until is has paid its applicable limit of insurance or none of the loss remains, which- ever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits.  Under this method, each insurer's share is based on the ratio of its applicable limits of insurance of all insurers.

5. **Premium Audit**
   a. We will compute all premiums for this Coverage Part in accordance with our rules and rates.
   b. Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period. Audit permiums are due and payable on notice to the first Named Insured.  If the sum of the advance and audit premiums paid for the policy is greater than the earned premium, we will return the excess to the first Named Insured.
   c. The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

6. **Representations**
   By accepting this policy, you agree:
   a. The statements in the Declarations are accurate and complete;
   b. Those statements are based upon representations you made to us; and
   c. We have issued this policy in reliance upon your representations.

7. **Separation of Insureds**
   Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in the Coverage Part to the first Named Insured, the insurance applies:
   a. As if each Named Insured were the only Named Insured: and
   b. Seperately to each insured against whom "claim" is made or "suit" is brought.

8. **Transfer of Rights of Recovery Against Others To Us**
   If the insured has rights to recover all or part of any payment we have made under the Coverage Part, those rights are transferred to us.  The insured must do nothing after loss to impair them.  At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

## SECTION V - COVERAGE TERRITORY

This insurance applies to "damages" for injury caused by an "error  or omission" anywhere in the world, so long as the origianl "claim" or "suit" for such "damages" is brought in the United States of America (including its territories and possessions), Puerto Rico and Canada.

## SECTION - VI DEFINITIONS

1. "Auto" means a land motor vehicle, trailer or semi-trailer designated for travel on public roads, including any attached machinery or equipment.
2. "Claim" means an oral or written notice from any party that is their intention to hold you responsible for any "error or omission."
3. "Damages" means monetary judgments, awards or settlements the insured is legally obligated to pay as a result of an "error or omission" to which this insurance applies. "Damages" shall not include:
   a. Amounts paid to you as fees or expenses for services performed which are to be reimbursed or discharged as a part of the judgment or settlement; or
   b. Judgments or awards arising from acts deemed uninsurable by law.
4. "Error or omission" means any negligent act, error or omission while performing those services described in the Schedule of this Coverage Form under the Description of Services.
5. "Impaired property" means tangible property, other than " your product" or "your work" that cannot be used or is less usefull because:
   a. It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequeate or dangerous: or
   b. You have failed to fulfill the terms of a contract or agreement;

   if such property can be restored to use by:

   a. The repair, replacement, adjustment or removal of " your product" or " your work";  or
   b. Your fulfilling the terms of the contract or agreement.

*EXHIBIT A*

6. "Loading or unloading: means the handling of persons or property:
   a. After being moved from the place where accepted for movement into or onto an aircraft, watercraft, or "auto";
   b. While in or on an aircraft, watercraft, or "auto"; or
   c. While being moved from an aircraft, watercraft or "auto" to the place of final delivery; but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

7. "Suit" means a civil proceeding in which "damages" for injury to which this insurance applies are alleged.  "Suit" includes
   a. An arbitration proceeding in which such "damages" are claimed and to which the insured must submit or does submit with our consent; or
   b. Any other alternative dispute resolution proceeding in which such "damages" are claimed and to which the insured submits with our consent.

8. "Volunteer worker" means a person who is not your employee, and who donates his or her work and acts at the direction of an within the scope of duties determined by you, and is not paid a fee, salary or other compensation by you or anyone else for their work performed for you.

9. "Your product" means:
   a. Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:
      (1) You;
      (2) Others trading under your name; or
      (3) A person or organization whose business or assets you have acquired; and
   b. Containers (other than vehicles). materials, parts or equipment furnished in connections with such goods or products.

10. "Your work" means:
    a. Work or operations performed by you or on your behalf; and
    b. Materials, parts or equipment furnished in connection with such work or operations.

*EXHIBIT A*

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## AMENDMENT - AIRCRAFT, AUTO OR WATERCRAFT EXCLUSION

This endorsement modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE FORM**

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Endorsement Number | Inception Date | Expiration Date |
|---|---|---|
| | | 04/ 20/ 2021 |
| Endorsement Effective | Policy Number CIP401312 | |
| Named Insured JAMES HODGE | Countersigned By | |

(Authorized Representative)

**SECTION I – COVERAGES, COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY, 2. Exclusions**, paragraph **(g.) Aircraft, Auto Or Watercraft** is deleted and replaced with the following:

**g.**   **Aircraft, Auto Or Watercraft**

This insurance does not apply to:

**(1)**   "Bodily injury" or "property damage " arising out of or in connection with any aircraft or watercraft unless as outlined below;

**(2)**   "Bodily injury" or "property damage" arising out of or in connection with any  "auto" unless as outlined below; or

**(3)**   "Bodily injury" or "property damage" arising out of or in connection with the "loading or unloading" of any aircraft, "auto" or watercraft by any insured unless as outlined below.

This exclusion applies to "bodily injury" or "property damage" arising out of any aircraft, "auto" or watercraft, whether or not owned, maintained, used, rented, leased, hired, loaned, borrowed or entrusted to others or provided to another by any insured.

This exclusion applies even if the claims allege negligence or other wrongdoing in the supervision, hiring, employment, entrustment, permitting, training or monitoring of others by an insured.

This exclusion applies even if the claims against any insured allege direct or vicarious liability.

This exclusion does not apply to:

**(1)**   A watercraft while ashore on premises you own, rent or on any premises or in the water while being worked upon;

**(2)**   A watercraft you do not own that is:

  **(a)**   Less than 26 feet long; and

  **(b)**   Not being used to carry persons or property for a charge;

**(3)**   Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or any insured;

**(4)**   Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft;

**(5)**   "Bodily injury" or "property damage" arising out of:

  **(a)**   The operation of machinery or equipment that is attached to, or part of, a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law in the state where it is licensed or principally garaged; or

  **(b)**   The operation of any of the machinery or equipment listed in Paragraph **f. (2)** or **f. (3)** of the definition of "mobile equipment"; or

**(6)**   "Bodily injury" or "property damage" arising out of maintenance, service or repair of an "auto" by the Named Insured or their employees on the property of the insured or on the premises of others.

AF000899 03-14

## COMBINED COVERAGE AND EXCLUSION ENDORSEMENT
This Endorsement Changes the Policy. Please Read it Carefully.

This endorsement modifies insurance provided under the following coverage parts if those coverage parts are included in your policy:

> **COMMERCIAL GENERAL LIABILITY COVERAGE FORM**
> **OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE**
> **GARAGE COVERAGE FORM**
> **LIQUOR LIABILITY COVERAGE FORM**

**I.   ASBESTOS EXCLUSION**

This insurance does not apply to:

A)  "Bodily Injury" or "Property Damage" in whole or in part, either directly or indirectly, arising out of, based upon, or attributable to any of the following:

    1.   Asbestos or any asbestos related injury or damage;

    2.   Any alleged act, error, omission or duty involving asbestos, its use, exposure, presence, existence, detention, removal, elimination or avoidance; or

    3.   The use, exposure, presence, existence, detention, removal, elimination or avoidance of asbestos in any environment, building or structure; and

B)  The investigation, settlement or defense of any claim, "suit" or proceeding against the Insured alleging any actual or threatened injury or damage which arises out of or would not have occurred but for asbestos related "Bodily Injury or Property Damage," as described above.

**II.   TOTAL LEAD EXCLUSION**

The following exclusion is hereby added to **COVERAGE A., BODILY INJURY AND PROPERTY DAMAGE LIABILITY** under Paragraph **2.**, **Exclusions** and **COVERAGE B., PERSONAL AND ADVERTISING INJURY LIABILITY** under Paragraph **2.**, **Exclusions**, of the Comprehensive General Liability form and is added in general as an exclusion to other coverage forms that constitute a portion of your policy.

This insurance does not apply to:

A)  "Bodily Injury", "Property Damage", "Personal and Advertising Injury", "Loss", or "Personal Injury",

    1.   Arising, whether in whole or in part, and whether directly or indirectly, out of lead, including but not limited to, lead contained or incorporated in any material or product; or

    2.   By plumbism (lead poisoning) or any disease or ailment caused by, or aggravated by exposure, consumption, or absorption of lead, or due to or out of actual or alleged presence of lead in any form, including;

B)  Any loss, cost, or expense arising out of any:

    1.   Request, demand, order, writ, injunction or judgment that any Insured or others test for, monitor, clean up, remove, contain, treat, detoxify, neutralize, prevent, abate or in any way respond to, or assess the presence or effect of any kind of lead; or

Endorsement Serial No. AF 001 007 06/ 2017
Includes copyrighted material of Insurance Services Office, Inc. with its permission
Copyright, Insurance Services Office, Inc. 1994, 1997, 2007


**EXHIBIT A**

2.   Claim or "suit" for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, preventing, abating or in any way responding to, or assessing the presence or effect of any kind of lead.

III.   **INDEPENDENT CONTRACTORS LIABILITY INSURANCE ENDORSEMENT**

The following special conditions are made a part of any applicable coverage form or endorsement that forms a part of your policy and you warrant and agree that:

1.   You have a written formal contract with such independent contractors, in force at the time of such injury or damage, verifying insurance of the types provided by this policy with the limits of insurance for such insurance equal to or greater than the limits of insurance provided by this policy; and you collect such evidence of insurance from the independent contractors before they enter the job site; and

2.   Such independent contractors name you as an additional insured on their Commercial General Liability insurance policy for damages because of "Bodily Injury," " Property Damage" or "Personal and Advertising Injury" arising out of or caused by the work, activities or operations of the independent contractor, including your supervision, review or inspection of the independent contractor; and

3.   Such independent contractors have agreed, in writing, to hold you harmless from all liability, including attorney fees, arising from their acts, errors or omissions; and

4.   Such independent contractors Commercial General Liability coverage is primary and our policy shall be excess of the insurance maintained by the independent contractors policy, notwithstanding the language of the Other Insurance provisions of the independent contractors policy.

Failure to comply with any of the above conditions does not alter the coverage provided by this policy. However, should you fail to comply with any of the above conditions, any subcontractors hired by any Insured will be considered your employees for premium computation purposes. You will be charged an additional premium with the entire cost of labor charged by such subcontractors used as payroll and assigned to the applicable class for the work performed.

IV.   **EMPLOYMENT-RELATED PRACTICES EXCLUSION**

A.   The following exclusion is added to Paragraph **2.**, Exclusions of **COVERAGE A-BODILY INJURY AND PROPERTY DAMAGE LIABILITY** (**Section I- Coverages**), of the Commercial General Liability form and is added in general as an exclusion to other coverage forms that constitute a portion of your policy:

This insurance does not apply to:

"Bodily Injury" to

(1)   A person arising out of any:

(a)   Refusal to employ that person;

(b)   Termination of that persons' employment; or

Endorsement Serial No. AF 001 007 06/ 2017
Includes copyrighted material of Insurance Services Office, Inc. with its permission
Copyright, Insurance Services Office, Inc. 1994, 1997, 2007

(c)     Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation or discrimination directed at that person; or

(2)     The spouse, child, parent, brother or sister of that person as a consequence of "Bodily Injury" to that person at whom any of the employment-related practices described in paragraphs (a), (b) or (c) above is directed.

This exclusion applies:

(1) Whether the Insured may be liable as an employer or in any other capacity; and

(2) To any obligation to share damages with or repay someone else who must pay damages because of the injury

B.     The following exclusion is added to Paragraph **2.**, Exclusions of **COVERAGE B-PERSONAL AND ADVERTISING INJURY LIABILITY** (**Section I- Coverages**):

This insurance does not apply to:                                              "

Personal and Advertising Injury to:

(1)     A person arising out of any:

(a)     Refusal to employ that person;

(b)     Termination of that persons' employment; or

(c)     Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation or discrimination directed at that person; or

(2)     The spouse, child, parent, brother or sister of that person as a consequence of "personal injury" to that person at whom any of the employment-related practices described in paragraphs (a), (b) or (c) above is directed.

This exclusion applies:

(1)     Whether the Insured may be liable as an employer or in any other capacity; and

(2)     To any obligation to share damages with or repay someone else who must pay damages because of injury.

**V.     NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT**

1.     The insurance does not apply:

A.     Under any Liability Coverage to "Bodily Injury" or "Property Damage":

(1)     With respect to which an "insured" under the policy is also an Insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an Insured under any such policy but for its termination upon exhaustion of its limit of liability; or

Endorsement Serial No. AF 001 007 06/ 2017
Includes copyrighted material of Insurance Services Office, Inc. with its permission
Copyright, Insurance Services Office, Inc. 1994, 1997, 2007



(2)     Resulting from the "hazardous properties" of "nuclear material" and with respect to which (a) any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or (b) the "Insured" is or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

B.     Under any Medical Payments coverage, to expenses incurred with respect to "Bodily Injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

C.     Under any Liability Coverage, to "Bodily Injury" or "Property Damage" resulting from "hazardous properties" of "nuclear material", if:

(1)     The "nuclear material" (a) is at any "nuclear facility" owned by, operated by or on behalf of, an "insured" or (b) has been discharged or dispersed therefrom;

(2)     The "nuclear material" contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an "Insured"; or

(3)     The "Bodily Injury" or "Property Damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility," but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion (3) applies only to "Property Damage" to such "nuclear facility" and any property thereat.

2.     As used in this endorsement:

"Hazardous properties" includes radioactive, toxic or explosive properties. "Nuclear material" means "source material", "special nuclear material" or "by-product material." "Source material", "special nuclear material" and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

"Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor."

"Waste" means any waste material (a) containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and (b) resulting from the operation by any person or organization of an "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility."

Endorsement Serial No. AF 001 007 06/ 2017
Includes copyrighted material of Insurance Services Office, Inc. with its permission
Copyright, Insurance Services Office, Inc. 1994, 1997, 2007

"Nuclear facility" means:

(a)     Any "nuclear reactor";

(b)     Any equipment or device designed or used for (1) separating the isotopes of uranium or plutonium, (2) processing or utilizing "spent fuel" or (3) handling, processing or packaging "waste;"

(c)     Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "Insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

(d)     Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste", and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

"Nuclear Reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material. "Property Damage includes all forms of radioactive contamination of property.

## VI.     PROFESSIONAL SERVICES EXCLUSION

The following exclusion is added to Part **2. Exclusions** of **SECTION I - COVERAGES**, **COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY** and Part **2. Exclusions** of **COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY** of the **COMMERCIAL GENERAL LIABILITY FORM**:

This insurance does not apply and there shall be no duty to defend or indemnify any insured for any "occurrence", "suit", liability, demand or cause of action arising, in whole or part, out of any claim involving the rendering or failure to render any "professional service."

Further, when any insured has purchased or obtained errors and/or omissions coverage or any other type of professional insurance coverage and the claim, in any way arises, in whole or part, out of the services performed by any insured, there shall be no duty to defend or indemnify under this policy. Whether or not such E&O or any other professional coverage has been purchased or obtained, however, the first paragraph of this exclusion remains in full force and effect.

"Professional Service" includes, but is not limited to, any of the following: (1) accountant; (2) architect; (3) engineer; (4) insurance agent or broker; (5) lawyer; (6) any medical professional; (7) real estate agent or broker; (8) surveyor; (9) health inspector; (10) safety inspector; (11) any service where an insured is retained or asked to render an opinion, written or verbal, to a third-party; or (12) any other service that is of a professional nature, regardless of whether a license or certification is required.

## VII.     PHYSICAL-SEXUAL ABUSE EXCLUSION

This insurance does not apply to any "occurence," suit, liability, claim, demand or causes of action arising out of or **that in any way involves** the physical abuse, sexual abuse or licentious, immoral or sexual behavior, whether or not intended to lead to, or culminating in any sexual act, whether caused by, or at the instigation of, or at the direction of, or omission by:

a.     Any insured or the insured's employees;
b.     Patrons of any insured's business;
c.     Agents of any insured;
d.     "Volunteer workers";

Page 5 of 10

Endorsement Serial No. AF 001 007 06/2017
Includes copyrighted material of Insurance Services Office, Inc. with its permission
Copyright, Insurance Services Office, Inc. 1994, 1997, 2007

    e.   Subcontractor or employee of any subcontractor;
    f.   "Independent contractor" or employee of any "independent contractor";
          g.   "Leased worker"; or
    h.  Any other person.

For the purposes of this endorsement:
1.    "Independent contractor" means one that contracts to do work or perform a service for another and that retains control over the means or methods used in doing the work or performing the service. "Independent contractor" includes, but is not limited to, subcontractors and any employees of a subcontractor, any employee of an independent contractor, any employees of the insured, agents, representatives, volunteers, spouses, family members or the insured or any Additional Insureds added to this policy.

2.    "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "leased worker" does not include a "temporary worker". "Temporary worker" means a person who is furnished to you to substitute for a permanent employee on leave or to meet seasonal or short term workload conditions.

3.    Volunteer worker" means a person who is not your employee, and who donates her or her work and acts at the direction of and within the scope of duties determined by you and is not paid a fee, salary or other compensation by you or anyone else for their work performed for you.

In addition, it is understood this insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of:

1.    The actual or threatened abuse or molestation by anyone or any person whether or not in the care, custody or control of any insured; or
2.    The negligent:
    a.   Employment;
    b.   Investigation;
    c.   Supervision;
    d.   Reporting to the proper authorities or failure to so report; or
    e.   Retention
of a person for whom any insured is or ever was legally responsible and whose conduct is described in Paragraph 1. above.

**VIII.    TOTAL POLLUTION EXCLUSION WITH HOSTILE FIRE EXCEPTION**

Exclusion **f.** under Paragraph **2.**, **Exclusions**, of **Coverage A.-Bodily Injury and Property Damage Liability** (**Section I-Coverages**) is hereby deleted. The following exclusion is hereby added to **Coverage A., Bodily Injury and Property Damage Liability** under Paragraph **2.**, **Exclusions** and to **Coverage B.**, **Personal and Advertising Injury Liability** under **Paragraph 2.**, **Exclusions**.

This insurance does not apply to:

(1)    "Bodily Injury", "Property Damage", "Personal and Advertising Injury" caused by or arising out of in whole or in part, the actual, alleged, or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

    This exclusion does not apply to "Bodily Injury" or "Property Damage" arising out of heat, smoke, or fumes from a hostile fire unless that hostile fire occurred or originated:

    (a)    At any premises, site, or location which is or was at any time used by or for any Insured or others for the handling, storage, disposal, processing or treatment of waste; or

    (b)    At any premises, site or location on which any Insured or any contractors or subcontractors or working directly or indirectly on any Insureds' behalf are performing

Endorsement Serial No. AF 001 007 06/ 2017
Includes copyrighted material of Insurance Services Office, Inc. with its permission
Copyright, Insurance Services Office, Inc. 1994, 1997, 2007

operations to test for, monitor, clean up, remove, contain, treat, detoxify, neutralize or in any way respond to or assess the effects of "pollutants".

As used in this exclusion, a hostile fire means one which becomes uncontrollable or breaks out from where it was intended to be.

(2)        Any loss, cost or expense arising out of any:

   (a)   Request, demand, order, writ, injunction or judgment that any "insured" or others test for, monitor, clean up, remove, contain, treat, detoxify, neutralize, prevent, abate or in any way respond to, or assess the presence or effect of any kind of "pollutants", or

   (b)   Claim or "suit" by or on behalf of a governmental authority for damages because of monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the presence or effect of any kind of "pollutants".

Pollutants means any solid, liquid, gaseous or thermal irritant or contaminant including smoke, vapor, soot, fumes, acid, alkalis, chemicals and waste. Waste includes material to be recycled, reconditioned or reclaimed. Pollutants also includes carbon dioxide and any other substance that contributes to climate change.

IX.     **ASSAULT AND BATTERY EXCLUSION**

This insurance does not apply to "bodily injury" or "property damage," in whole or in part, either directly

or indirectly, or in any way arising out of or that in any way involves any of the following:

1.        Assault and Battery committed by any Insured, any employee of any Insured or any other person;

2.        The failure to suppress or prevent Assault and Battery by any person in 1. above;

3.        Any cause of action or claim involving assault or battery that in any way relates to the negligent hiring, supervision or training of any employee of the Insured; or

4.        Assault or Battery, whether or not caused by or arising out of negligent, reckless or wanton conduct of any Insured, any Insured's employees, patrons or other persons lawfully or otherwise on, at or near the premises owned or occupied by any Insured, or by any other person.

For the purposes of this exclusion, Assault and Battery includes, but is not limited to, the use of

reasonable force or self-defense by any party, person, insured or employee of any insured.

Furthermore for this Exclusion, **SECTION I COVERAGES COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY**, Section **2. Exclusions**, Paragraph **a. Expected Or Intended Injury** is replaced by the following:

a.        **Expected Or Intended Injury**

   "Bodily injury" or "property damage" expected or intended from the standpoint of the insured.

Endorsement Serial No. AF 001 007 06/ 2017
Includes copyrighted material of Insurance Services Office, Inc. with its permission
Copyright, Insurance Services Office, Inc. 1994, 1997, 2007

X.  **TENDERING OF APPLICABLE LIMIT OF INSURANCE**

The **COMMERCIAL GENERAL LIABILITY COVERAGE FORM CG 0001** is amended as follows:

**SECTION I - COVERAGES, COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY** and **COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY, Insuring Agreement, 1, a. (2)** is deleted in its entirety and replaced with the following:

**(2)**     Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements or when we tender the applicable limit of insurance to any person or organization that has a financial interest in a claim or " suit" under Coverages **A** or **B** or **C** or coverage under any other applicable endorsement to this policy.

The last paragraph of **SECTION I COVERAGES, SUPPLEMENTARY PAYMENTS – COVERAGES A AND B** is deleted in its entirety and replaced with the following:Our obligation to defend an insured's indemnite and to pay for attorneys'fees and necessary litigation expenses as Supplementary Payments ends when:

**a.**     We have used up the applicable limit of insurance in the payment of judgments or settlements; or
**b.**     When we tender the applicable limit of insurance to any person or organization that has a financial interest in a claim or "suit" under Coverages **A** or **B** or **C** or coverage under any applicable endorsement to this policy; or
**c.**     The conditions set forth above, or the terms of the agreement described in paragraph **f.** above, are no longer met.

The **OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE FORM – COVERAGE FOR OPERATIONS OF DESIGNATED CONTRACTOR FORM CG 0009** is amended as follows:
**SECTION I - COVERAGES BODILY INJURY AND PROPERTY DAMAGE LIABILITY, Insuring Agreement, 1, a. (2)** is deleted in its entirety and replaced with the following:

**(2)**     Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements, or tendered the applicable  limit of insurance to any person or organization that has a financial interest in any claim or "suit"

The last paragraph of **SECTION I - COVERAGES, SUPPLEMENTARY PAYMENTS** is deleted in its entirety and replaced with the following:

Our obligation to defend an insured's indemnite and to pay for attorneys'fees and necessary litigation expenses as Supplementary Payments ends when:
**a.**     We have used up the applicable limit of insurance in the payment of judgments or settlements; or
**b.**     When we tender the applicable limit of insurance to any person ororganization that has a financial interest in a claim or "suit"; or
**c.**     The conditions set forth above, or the terms of the agreement described in paragraph **f.** above, are no longer met.

The **GARAGE COVERAGE CA 0005** is amended as follows:

The last paragraph of **1. a. "Garage Operations**" - **Other Than Covered "Autos**" of **A COVERAGE** of **SECTION II – LIABILITY COVERAGE** is deleted in its entirety and replaced with the following:

We have the right and duty to defend any "insured' against a "suit" asking for these damages. However, we have no duty to defend any "insured" against a "suit" seeking damages for " bodily injury" or "property damage" which this insurance does not apply. We may investigate and settle any claim or "suit" as we consider appropriate. Our duty to defend or settle ends when the applicable Liability Coverage Limit of Insurance - "Garage Operations" – Other Than Covered "Autos" has been exhausted by payment of

Endorsement Serial No. AF 001 007 06/ 2017
Includes copyrighted material of Insurance Services Office, Inc. with its permission
Copyright, Insurance Services Office, Inc. 1994, 1997, 2007

judgments or settlements or when we tender the applicable limit of insurance to any person or organization that has a financial interest in a claim or suit."

The last paragraph of **2. "Garage Operations" - Covered "Autos" of A COVERAGE** of **SECTION II – LIABILITY COVERAGE** is deleted in its entirety and replaced with the following:

We have the right and duty to defend any "insured" against a "suit" asking for such damages or a "covered pollution cost or expense."However, we have no duty to defend any "insured" against a "suit" seeking damages for "bodily injury"or "property damage" or a "covered pollution cost or expense" to which this insurance does not apply. We may investigate and settle any claim or "suit" as we consider appropriate. Our duty to defend or settle ends when the applicable Liability Coverage Limit of Insurance - "Garage Operations" - Covered "Autos" has been exhausted by payment of judgments or settlements or when we tender the applicable limit of insurance to any person or organization that has a financial interest in a claim or "suit."

Paragraph **(6)** of Section **4. Coverage Extensions**, **a. Supplementary Payments** is deleted in its entirety and replaced with the following:

> **(6)** All interest on the full amount of any judgment that accrues after entry of the judgment in any "suit" against the "insured" we defend; but our duty to pay interest ends when we have paid, offered to pay or deposited in court the part of the judgment that is within our Limit of Insurance, when we have used up the applicable limit of insurance in the payment of judgments or settlements or when we tender the applicable limit of insurance to any person or organization that has a financial interest in a claim or "suit."

The **LIQUOR LIABILITY COVERAGE FORM CG 00 33** is amended as follows:

**SECTION I - LIQUOR LIABILITY COVERAGE, 1. Insuring Agreement, 1, a. (2)** is deleted in its entirety and replaced with the following:

> **(2)** Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements or when we tender the applicable limit of insurance to any person or organization that has a financial interest in a claim or " suit" under this Coverage Part.

**XI.   ANTI-STACKING AND NONDUPLICATION OF LIMITS OF INSURANCE**

If any Coverage Form, Coverage Part or policy issued to you by us or any company affiliated with us apply to the same claim for expenses or damages, the maximum Limit of Insurance for Liability Coverage under all of the Coverage Forms, Coverage Parts or policies shall not exceed the highest applicable Limit of Insurance available under any one Coverage Form, Coverage Part or policy.

This endorsement does not apply to any Coverage Form, Coverage Part or policy issued by us or an affiliated company specifically to apply as excess insurance over this policy.

**XII.   AMENDMENT OF OTHER INSURANCE ENDORSEMENT**

It is agreed that **Section IV – Commercial General Liability Conditions**, Paragraph 4. Is replaced in its entirety with the following:
This insurance is excess over any other insurance whether primary, excess, contingent or on any other basis that is available to any insured. You are required to give notice of claim to all "potential insurers"within thirty days of giving notice of claim to us.

We have no duty under Coverage A or B to defend any claim or "suit" that any other insurer has a duty to defend.  If no other insurer defends, we will undertake to do so, but we will be entitled to your rights against all those other insurers.

Endorsement Serial No. AF 001 007 06/ 2017
Includes copyrighted material of Insurance Services Office, Inc. with its permission
Copyright, Insurance Services Office, Inc. 1994, 1997, 2007

**EXHIBIT A**

*EXHIBIT A*

We will pay only our share of the amount of loss, if any, that exceeds the sum of:

The total amount that all such other insurance would pay for the loss in absence of this insurance; and
The total of all deductible and self-insurance amounts under all such insurance.

"Potential Insurers" means all insurance companies who may be obligated to defend any insured as either a named insured or an additional insured.

XIII.   **SUPPLEMENTARY PAYMENTS – AMENDMENT OF JUDGEMENT INTEREST**

The **COMMERCIAL GENERAL LIABILITY COVERAGE FORM CG 0001** is amended as follows:

**SECTION I - COVERAGES, SUPPLEMENTARY PAYMENTS – COVERAGES A AND B,**
Paragraph 1 is deleted in its entirety and replaced with the following:

1.   We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured which we defend:

   a.   All expenses we incur.

   b.   Up to $250 for cost of bail bonds requested because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies.  We do not have to furnish these bonds.

   c.   The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance.  We do not have to furnish these bonds.

   d.   All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.

   e.   All court costs taxed against the insured in the "suit".  However, these payments do not include attorneys' fees or attorneys' expenses taxed against the insured.

   f.   Prejudgment interest awarded against the insured on that part of the judgment we pay.  If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

   g.   Interest on the amount of any judgment up to the applicable policy limit of insurance that accrues after the entry of such judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

_____
                           Authorized Representative

This endorsement is effective on the inception date of this policy unless otherwise stated herein.
(The information below is required only when this endorsement is issued subsequent to preparation of the policy).

Policy Number:   CIP401312

Named Insured:   JAMES HODGE

Endorsement Effective Date:

Endorsement Serial No. AF 001 007 06/ 2017
Includes copyrighted material of Insurance Services Office, Inc. with its permission
Copyright, Insurance Services Office, Inc. 1994, 1997, 2007

*EXHIBIT A*

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## INFRINGEMENT, MISAPPROPRIATION AND UNFAIR COMPETITION EXCLUSION

**THIS ENDORSEMENT APPLIES TO ALL COVERAGE PARTS PROVIDED UNDER THIS POLICY.**

It is hereby agreed that this policy shall not apply to any "claim," "suit," or liability, arising, in whole or in part, out of:

A. Any infringement upon or dilution of copyright, trademark, patent, title, slogan, service mark, service name or trade dress, whether or not pertaining to or alleged in conjunction with any "advertisement";

B. Any invasion or infringement of or interference with the right of privacy or publicity including, but not limited to, intrusion, public disclosure of private facts, unwarranted or wrongful publicity, false light or the use of any name or likeness for profit;

C. Plagiarism or misappropriation of information, trade secrets, any ideas or style of doing business;

D. "Unfair competition" as defined by statute or common law, whether or not pertaining to or alleged in conjunction with a claim of plagiarism, misappropriation of any information or ideas, piracy, any "advertisement," infringement or dilution of copyright, title, slogan, trademark, trade name, trade dress, service mark, or service name.

All other terms and conditions of this policy remain unchanged.

This endorsement is effective on the inception date of this policy unless otherwise stated herein. (The information below is required only when this endorsement is issued subsequent to preparation of this policy).

Policy Number: CIP401312

Named Insured: JAMES HODGE

Endorsement Effective Date: 04/20/2020

*EXHIBIT A*

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY

# DAMAGE TO PREMISES RENTED TO YOU LIMITATION – FIRE LEGAL LIABILITY COVERAGE

This endorsement modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE FORM**

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Endorsement Number | Inception Date | Expiration Date |
|---|---|---|
|  | 04/ 20/ 2020 | 04/ 20/ 2021 |
| Endorsement Effective | Policy Number<br>CIP401312 | |
| Named Insured<br>JAMES HODGE | | |

A.  The following language from **Exclusion 2.j.** of  **SECTION I COVERAGES –  COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY** is deleted:

" Paragraphs **(1)**, **(3)** and **(4)** of this exclusion do not apply to "property damage"(other than damage by fire) to premises, including the contents of such premises, rented to you for a period of 7 or fewer consecutive days.  A separate limit of insurance applies to Damage to Premises Rented to You as described in Section III - Limits of Insurance."

B.  Reference in the **Declarations to Damage To Premises Rented To You Limit** is changed to read Fire Legal Liability Limit.

C.  Paragraph 6. Of **SECTION III – LIMITS OF INSURANCE**, is deleted and replaced with the following:

6.     Subject to 5. Above, the **Fire Legal Liability Limit** is the most we will pay under Coverage **A** for damages because of "property damage"to premises, while rented to you or temporarily occupied by you with permission of the owner, arising out of any one fire.

*EXHIBIT A*

EXHIBIT A

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Endorsement Number | Inception Date | Expiration Date |
|---|---|---|
|  | 04/ 20/ 2020 | 04/ 20/ 2021 |
| Endorsement Effective | Policy Number | |
|  | CIP401312 | |
| Named Insured:  JAMES HODGE DBA RIVERBEND TREE SERVICE | | |

**AMENDMENT OF NONPAYMENT CANCELLATION CONDITION**

Wherever a Cancellation Condition for nonpayment of premium is found in the policy, the following is added:

If the insured failed to pay premium charged on a prior policy we issued and payment was due during the current renewal policy term, we may cancel this policy by mailing or delivering to the first Named Insured and mortgagee, if any, written notice of cancellation at least ten (10) days before the effective date of cancellation.

AF001707 (3/ 13)

EXHIBIT A

## EXCLUSION-DESIGNATED OPERATIONS-
## STATE OF MISSOURI

This Endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE FORM- COVERAGE FOR OPERATIONS OF DESIGNATED CONTRACTOR
PRODUCTS/ COMPLETED OPERATIONS LIABILITY COVERAGE FORM
GARAGE LIABILITY COVERAGE FORM
PROFESSIONAL LIBILITY COVERAGE PART
NON-PROFIT DIRECTORS AND OFFICERS & EMPLOYMENT PRACTICES COVERAGE PARTS

This Insurance does not apply to "bodily injury" "property damage", and/ or "personal and advertising injury", arising out of any ongoing operations or completed operations that take place in the State of Missouri.  There shall be no duty to defend or indemnify any insured in connection with any "occurrence", claim, demand, cause of action, or "suit" arising under the laws of the State of Missouri or out of any ongoing operations or completed operations that take place in the State of Missouri.

However, this exclusion will not apply if, during the entirety of all policy periods with us, all of the following conditions apply:

1. The named insured's principal place of business is located in a state other than Missouri; and

2. The named insured's location of domicile and mailing address is located in a state other than Missouri.

If either of the conditions listed above does not apply, this coverage exclusion applies in its entirety.

EXHIBIT A

# EXCLUSION-DESIGNATED OPERATIONS-
# STATE OF NEW YORK

This Endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/ COMPLETED OPERATIONS LIABILITY COVERAGE FORM

This Endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

This Insurance does not apply to "bodily injury", "property damage", and/ or "personal and advertising injury", arising out of any ongoing operations or completed operations that take place in whole or in part in the State of New York.  There shall be no duty to defend or indemnify any insured in connection with any "occurrence", claim, demand, cause of action, or "suit" arising under the laws of the State of New York or out of any ongoing operations or completed operations that take place in whole or in part in the State of New York.

AF001740 (04/ 2016)                                                                            Page 1 of 1

# EXCLUSION-DESIGNATED OPERATIONS-
# STATE OF WASHINGTON

This Endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE FORM- COVERAGE FOR
OPERATIONS OF DESIGNATED CONTRACTOR
PRODUCTS/ COMPLETED OPERATIONS LIABILITY COVERAGE FORM
GARAGE LIABILITY COVERAGE FORM
PROFESSIONAL LIBILITY COVERAGE PART
NON-PROFIT DIRECTORS AND OFFICERS & EMPLOYMENT PRACTICES COVERAGE PARTS

This Endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

This Insurance does not apply to "bodily injury", "property damage", and/ or "personal and advertising injury", arising out of any ongoing operations or completed operations that take place in whole or in part in the State of Washington.  There shall be no duty to defend or indemnify any insured in connection with any "occurrence", claim, demand, cause of action, or "suit" arising under the laws of the State of Washington or out of any ongoing operations or completed operations that take place in whole or in part in the State of Washington.

AF001741 (04/ 2016)                                                                                       Page 1 of 1

*EXHIBIT A*

ENDORSEMENT

This Endorsement Changes the Policy –Please read it Carefully

## AMERICANS WITH DISABILITIES ACT AND DISCRIMINATION EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
PRODUCTS COMPLETED OPERATIONS LIABILITY COVERAGE PART

This insurance does not apply and there shall be no duty to defend or indemnify any insured for any "occurrence", "suit", liability, claim, demand or cause of action arising, in whole or part, out of any claim under: (1) the Americans with Disability Act (ADA) or its state counterparts; or (2) any other federal, state, county, municipal or local law barring discrimination, including but not limited to those based on race, color, national origin, ancestry, citizenship, gender, sexual orientation, marital status, religion or religious belief, age, economic status, income, medical condition, pregnancy, parental status, mental disability or physical disability.

All other terms and conditions of this policy remain unchanged.

This endorsement is effective on the inception date of this policy unless otherwise stated herein.
(The endorsement effective date below is only required when this endorsement is issued subsequent to the preparation of the policy.)

Policy Number: CIP401312

Named Insured:  JAMES HODGE

Endorsement Effective Date: 04/ 20/ 2020

_____
Authorized Representative

AF001752 08/ 2016                                                                                    Page 1 of 1

*EXHIBIT A*

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# TOTAL CANNABIS AND RELATED PRODUCTS EXCLUSION

This endorsement modifies insurance provided under the  following:

**COMMERCIAL GENERAL LIABILITY COVERAGE FORM**
**PRODUCTS/ COMPLETED OPERATIONS LIABILITY COVERAGE FORM**

This insurance does not apply and there shall be no duty to defend or indemnify any insured for any "occurrence", "suit", liability, "bodily injury", "property damage", "personal and advertising injury", demand or cause of action arising, in whole or part, out of any claim that is any way related to the sale, consumption, use or any exposure, of any kind, to:

1. Marijuana
2. "Cannabis"
3. Any product that contains any:
   A. Marijuana;
   B. Tetrahydrocannabinol (THC)
   C. "Cannabis";
   D. Hemp; or
   E. Any derivatives of paragraphs A through D above.

For the purposes of this endorsement, the following definition applies:


"Cannabis" means:


1. Any good or product that consists of or contains any amount of Tetrahydrocannabinol (THC) or any other cannabinoid, regardless of whether any such THC or cannabinoid is natural or synthetic.

2. Paragraph 1. above includes, but is not limited to, any of the following containing such THC or cannabinoid:

   a) any plant of the genus Cannabis L., or any part thereof, such as seeds, stems, flowers, stalks and roots; or

   b) Any compound, byproduct, extract, derivative, mixture or combination, such as:

      (1) Resin, oil or wax;

      (2) Hash or hemp; or

      (3) Infused liquid or edible cannabis;

      whether or not derived from any plant or part of any plant set forth in Paragraph **2.a.**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CLASSIFICATION LIMITATION

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Endorsement Number | Inception Date | Expiration Date |
|---|---|---|
| | 04/ 20/ 2020 | 04/ 20/ 2021 |
| Endorsement Effective | Policy Number | |
| | CIP401312 | |
| Named Insured   JAMES HODGE<br>                             DBA RIVERBEND TREE SERVICE | | |

Coverage under this policy is specifically limited to, and applies only to those classifications as described under the applicable Coverage Part or Schedule designated in the Declarations Page of this policy.

This policy excludes coverage for any operation not specifically listed in the Coverage Part, Schedule or Declarations Page of this policy.

EXHIBIT A

*EXHIBIT A*

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## NEW CONSTRUCTION RESIDENTIAL EXCLUSION

In consideration of the premium charged, it is understood and agreed that no coverage exists and no duty to defend is provided for:

Any and all claims, including but not limited to, claims for bodily injury', property damage' or personal and advertising injury', arising out of, related to, caused by or associated with, in whole or in part, the new construction' of residential properties, including but not limited to, single family dwellings, duplexes, three and four family dwellings, townhomes or condominiums.  This includes any and all appurtenances at any properties referenced in this endorsement including, but not limited to, clubhouses, detached garages, detached buildings and swimming pools.

This exclusion applies to any operations that occur:
1.   Prior to the inception of this policy;
2.   During this policy term; or
3.   Prior to the inception of this policy and continues during the policy term.

For purposes of this endorsement:
New construction' means operations that involve the original construction of a building or building unit.

This endorsement would not apply to:
1.   Any apartment buildings;
2.   Any mobile homes; or
3.   Any operations in the States listed below:

All other terms and conditions of this policy remain unchanged.

This endorsement is effective on the inception date of this policy unless otherwise stated herein.  (The information below is required only when this endorsement is issued subsequent to preparation of the policy.)

Policy Number:  CIP401312

Named Insured:  JAMES HODGE
                DBA RIVERBEND TREE SERVICE
Endorsement Effective Date:   04/ 20/ 2020

_____
                          Authorized Representative

**AF33515A 05-14**                                    **Page 1 of 1**

*EXHIBIT A*

ENDORSEMENT

**This Endorsement Changes The Policy. Please Read It Carefully.**

# AMENDMENT OF SECTION IV - CONDITIONS
# ADDITIONAL CONDITIONS - SECTION IV - CONDITIONS

This endorsement modifies insurance provided under the following Coverage Forms:

**COMMERCIAL GENERAL LIABILITY COVERAGE FORM
PRODUCTS/ COMPLETED OPERATIONS COVERAGE FORM
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE FORM -
COVERAGE FOR OPERATIONS OF DESIGNATED CONTRACTOR**

**A.**   The following changes are made to the **COMMERCIAL GENERAL LIABILITY COVERAGE** and the **PRODUCTS/ COMPLETED OPERATIONS COVERAGE FORMS:**

**I.**   The following is added to **Condition 4. - Other Insurance** in SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS of the **COMMERCIAL GENERAL LIABILITY COVERAGE** and the **PRODUCTS/ COMPLETED OPERATIONS COVERAGE FORMS:**

**Excess Provision - Vendors**

The coverage afforded the insured under this Coverage Form will be excess over any valid and collectible insurance available to the insured as an additional insured under a policy issued to a manufacturer or distributor for products manufactured, sold, handled or distributed.

**II.**   **Paragraph 5. Premium Audit** is replaced by the following:

**5.   Premium Audit**

**a.**   We will compute all premiums for this Coverage Form in accordance with our rules and rates.

**b.**   The Minimum and Advance Premium shown on the Common Declarations page is the Advance Premium for the full policy term applicable to this policy. At the close of each audit period, we will compute the Earned Premium for that period.  Audit Premiums are due and payable to us on notice to the first Named Insured.  If the Audit Premium is less than the Minimum and Advance Premium, the Minimum and Advance Premium will apply with no return to you. For purposes of this policy, the terms Advance Premium, Audit Premium, Earned Premium and Minimum Premium are defined as follows:
**Advance Premium** - The premium that is stated on the Common Declarations page and payable in full by the first Named Insured at the inception of the policy.
**Audit Premium** - The premium that is developed by calculating the difference between the Advance Premium and the Earned Premium.
**Earned Premium** - The premium that is developed by applying the rate(s) scheduled in the policy to the actual premium basis for the policy period.
**Minimum Premium** - The lowest premium for which this insurance will be written for the policy period.

**c.**   In no event will the final premium retained by us be less than the Minimum and Advance Premium shown on the Common Declarations of this policy. If no other premium is designated specifically as a Minimum and Advance Premium, the Minimum and Advance Premium shown on the Common Declarations is the Minimum and Advance.  Such minimum is subject to the short rate or pro rate adjustment according to policy provisions in case of cancellation of the policy.

**EXHIBIT A**

*EXHIBIT A*

    **d.**    The policy is also subject to a Minimum Earned Premium of __25__ % of the Minimum and Advance premium shown on the Common Declarations of this policy. Such Minimum Earned Premium is not subject to pro rate or short rate adjustment in the event of cancellation by you and we shall retain no less than the Minimum Earned premium regardless of the policy term. Cancellation of the policy for non-payment of premium shall be deemed a request by you for cancellation of this policy thereby invoking the Minimum Earned Premium, unless short rate calculation earns for us.

**III.**    The following Condition is added to **SECTION IV - CONDITIONS:**

**Premium Financing/ Cancellation of Financed Policy**

    **a.**    When we receive notification that the premium for this policy has been advanced by a premium financed company, we will acknowledge receipt of the premium finance agreement to the finance company on our form, when requested, but we will not amend or extend this policy.

    **b.**    When we otherwise become aware that you financed all or part of this policy's premium, regardless or whether or not we receive a notice of premium financing, we will not be bound, as respects coverage we provide, by the terms of your finance agreement. This policy alone governs coverage.

    **c.**    When you sign a premium finance agreement, by the terms of the agreement, you may be giving the premium finance company the right, under certain conditions, to cancel this policy on your behalf. When we receive notice of cancellation from the finance company, we will recognize their request for termination of this insurance and we will pay any return premium due as directed by the premium finance company. In the absence of statutes to the contrary, non-payment to a premium finance company shall be considered the same as if the first Named Insured canceled the policy. The return premium will be calculated on a short rate basis. The premium finance company will usually require the payment of any return premium be made directly to them and we will honor that request unless applicable law requires otherwise. Any requested termination date set by the premium finance company that conflicts with other policy provisions or other operation of law, is subject to both the policy provisions and applicable law. You must resolve any resulting premium difference directly with the finance company.

    **d.**    The Minimum Earned Premium described in Condition **5.**, Item **d.** above may not be financed as it is not refundable.

All other terms and conditions of this policy remain unchanged.

**B.**    The following changes are made to the **OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE FORM - COVERAGE FOR OPERATIONS OF DESIGNATED CONTRACTOR:**

    **I.**    The following changes are made to **SECTION IV - CONDITIONS:**

    **a.**   Paragraph **9. Premiums** is replaced by the following:

    **9.**  **Premiums**

The "contractor" or the first Named Insured:

    **a.**    Is responsible for the payment of all premiums; and

    **b.**    Will be the payee for any return premiums we pay.

*EXHIBIT A*

**b.** Paragraph **10. Premium Audit** is replaced by the following:

**10. Premium Audit**

**a.** We will compute all premiums for this Coverage Form in accordance with our rules and rates.

**b.** The Minimum and Advance Premium shown on the Common Declarations page is the Advance Premium for the full policy term applicable to this policy. At the close of each audit period, we will compute the Earned Premium for that period. Audit Premiums are due and payable to us on notice to the first Named Insured. If the Audit Premium is less than the Minimum and Advance Premium, the Minimum and Advance Premium will apply with no return to you. For purposes of this policy, the terms Advance Premium, Audit Premium, Earned Premium and Minimum Premium are defined as follows:
**Advance Premium** - The premium that is stated on the Common Declarations page and payable in full by the first Named Insured at the inception of the policy.
**Audit Premium** - The premium that is developed by calculating the difference between the Advance Premium and the Earned Premium.
**Earned Premium** - The premium that is developed by applying the rate(s) scheduled in the policy to the actual premium basis for the policy period.
**Minimum Premium** - The lowest premium for which this insurance will be written for the policy period.

**c.** In no event will the final premium retained by us be less than the Minimum and Advance Premium shown on the Common Declarations of this policy. If no other premium is designated specifically as a Minimum and Advance Premium, the Minimum and Advance Premium shown on the Common Declarations is the Minimum and Advance. Such minimum is subject to the short rate or pro rate adjustment according to policy provisions in case of cancellation of the policy.

**d.** The policy is also subject to a Minimum Earned Premium of _25_ % of the Minimum and Advance premium shown on the Common Declarations of this policy. Such Minimum Earned Premium is not subject to pro rate or short rate adjustment in the event of cancellation by you and we shall retain no less than the Minimum Earned premium regardless of the policy term. Cancellation of the policy for non-payment of premium shall be deemed a request by you for cancellation of this policy thereby invoking the Minimum Earned Premium, unless short rate calculation earns for us more than the Minimum Earned Premium. If no percentage appears above, then the Minimum Earned Premium percentage as shown on the Common Declarations page will apply.

**e.** The first Named Insured must keep records of the information we need for premium computation and send us copies at such times as we may request.

**II.** The following Condition is added to **SECTION IV - CONDITIONS:**

Premium Financing/ Cancellation of Financed Policy

**a.** When we receive notification that the premium for this policy has been advanced by a premium financed company, we will acknowledge receipt of the premium finance agreement to the finance company on our form, when requested, but we will not amend or extend this policy.

**b.** When we otherwise become aware that you financed all or part of this policy's premium, regardless or whether or not we receive a notice of premium financing, we will not be bound, as respects coverage we provide, by the terms of your finance agreement. This policy alone governs coverage.

---



**EXHIBIT A**

**c.**   When you sign a premium finance agreement, by the terms of the agreement, you may be giving the premium finance company the right, under certain conditions, to cancel this policy on your behalf.  When we receive notice of cancellation from the finance company, we will recognize their request for termination of this insurance and we will pay any return premium due as directed by the premium finance company.  In the absence of statutes to the contrary, non-payment to a premium finance company shall be considered the same as if the first Named Insured canceled the policy.  The return premium will be calculated on a short rate basis.  The premium finance company will usually require the payment of any return premium be made directly to them and we will honor that request unless applicable law requires otherwise.  Any requested termination date set by the premium finance company that conflicts with other policy provisions or other operation of law, is subject to both the policy provisions and applicable law. You must resolve any resulting premium difference directly with the finance company.

**d.**   The Minimum Earned Premium described in Condition **5.**, Item **d.** above may not be financed as it is not refundable.

All other terms and conditions of this policy remain unchanged.

This endorsement is effective on the inception date of this policy unless otherwise stated herein.
(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)

Policy Number:  CIP401312

Named Insured:  JAMES HODGE
                          DBA RIVERBEND TREE SERVICE

Endorsement Effective Date:

**EXHIBIT A**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# PRIOR WORK EXCLUSION

This endorsement modifies coverage provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

This policy changes the policy effective on the inception date of the policy unless another date is indicated below:

| | Inception Date<br>04/20/2020 | Expiration Date<br>04/20/2021 |
|---|---|---|
| Endorsement Effective | Policy Number<br>CIP401312 | |
| Named Insured   JAMES HODGE<br>DBA RIVERBEND TREE SERVICE | | |

The following is added to **SECTION-I COVERAGES, COVERAGE. BODILY INJURY AND PROPERTY DAMAGE LIABILITY, 2. Exclusions:**

**Prior Work**

This insurance does not apply to "bodily injury" or "property damage" that arises out of "your work", that was completed prior to:

**(1)** The inception date of the first policy in a series of uninterrupted renewal policies issued by us; or

**(2)** The inception date of this policy.

"Your work" will be deemed completed at the earliest of the following times:

**(1)** When all of the work called for in your contract has been completed;

**(2)** When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site; or

**(3)** When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

This exclusion applies even if the "occurrence" continues during the policy period.

**AF 33818**
**07/2012**

*EXHIBIT A*

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## EXTERIOR INSULATION AND FINISH SYSTEM (EIFS) AND DRYWALL EMISSION EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE FORM -    COVERAGE FOR
OPERATIONS OF DESIGNATED CONTRACTOR

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Endorsement Number | Inception Date | Expiration Date |
|---|---|---|
| | 04/ 20/ 2020 | 04/ 20/ 2021 |
| Endorsement Effective | Policy Number | |
| | CIP401312 | |
| Named Insured   JAMES HODGE DBA RIVERBEND TREE SERVICE | | |

A.   The following **Exclusion** is added to Part **2.**, **Exclusions** of **Coverage A - BODILY INJURY AND PROPERTY DAMAGE LIABILITY** and **COVERAGE B - PERSONAL AND ADVERTISING INJURY LIABILITY** of **SECTION 1 – COVERAGES** of the **COMMERCIAL GENERAL LIABILITY COVERAGE FORM**, Part **2. Exclusions** of the OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE FORM - COVERAGE FOR OPERATIONS OF DESIGNATED CONTRACTOR.

**Exterior Insulation And Finish System (EFIS) Or Drywall Emissions**

This insurance does not apply to any "bodily injury" "property damage" or "personal and advertising injury" arising out of, caused by, or attributable to, whether in whole or in part, the following:

1.    The design, manufacture, construction, fabrication, preparation, distribution and sale, installation, application, maintenance or repair, including remodeling, service, correction or replacement of any "exterior insulation and finish system"or emissions that would emit from any drywall or any part thereof or any substantially similar system or any part thereof, including the application or use of conditioners, primers, accessories, flashing, coatings, caulking or sealants in connection with such a system or drywall;

2.    Any work or operations with respect to any exterior component, fixture or feature of any structure if an "exterior insulation and finish system" or drywall is used on any part of that structure; or

This exclusion applies to "work" or "your work" as described in the above Paragraphs **1.** or **2.**  that is performed by you or on your behalf.

*EXHIBIT A*

*EXHIBIT A*

**B.**     For the purposes of this endorsement, an "exterior insulation and finish system" (also known as synthetic stucco) means a non-load bearing exterior cladding or finish system and all component parts therein, used on any part of any structure, and consisting of:

**1.**     Rigid or semi-rigid insulation board made of expanded polystyrene or other materials;

**2.**     The adhesive or mechanical fasteners used to attach the insulation board to the substrate;

**3.**     A reinforced base coat;

**4.**     A finish coat providing surface texture and color; and

**5.**     Any flashing, caulking or sealant used with the system for any purpose.

All other terms and conditions of this policy remain unchanged.

*EXHIBIT A*

**EXHIBIT A**

# ABSOLUTE SILICA OR SILICA-RELATED DUST EXCLUSION

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# ABSOLUTE SILICA OR SILICA-RELATED DUST EXCLUSION

This endorsement modifies insurance provided under the following:

> COMMERCIAL GENERAL LIABILITY COVERAGE FORM
> OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE FORM
> GARAGE COVERAGE FORM

**A.**   The following **Exclusion** is added to Part **2. Exclusions** of SECTION 1 - COVERAGES, COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY and COVERAGE B. PERSONAL AND ADVERTISING INJURY LIABILITY of the COMMERCIAL GENERAL LIABILITY COVERAGE FORM, Part **2. Exclusions** of SECTION 1 - COVERAGES, BODILY INJURY AND PROPERTY DAMAGE LIABILITY of the OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE FORM and **B. Exclusions** of SECTION II - LIABILITY COVERAGE of the GARAGE COVERAGE FORM:

**Absolute Silica Or Silica-Related Dust Exclusion**

"Bodily injury", "property damage", or "personal and advertising injury" arising out of the mining, manufacture, handling, use, ingestion, inhalation, absorption, distribution, sale, existence, abatement, "enclosure", "encapsulation" or removal of "silica" or "silica-related dust" in any form.

We have no duty to defend you or to investigate any "occurrence", "offense" or "suit" against you, which arises out of "silica", or "silica-related dust" in any form.  If you investigate or defend any such "occurrence", "offense" or "suit", we have no duty to pay the expenses of the investigation or defense, nor do we have any duty to reimburse you.

Any loss, cost or expense arising out of any request, demand or order that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of silica or silica-related dust; or

Any loss, cost or expense arising out of any claim or suit on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of silica or silica-related dust.

**B.**   This Endorsement shall not serve to increase our Limits of Insurance, as described in **SECTION III - LIMITS OF INSURANCE** of the **COMMERCIAL GENERAL LIABILITY COVERAGE FORM** and the **OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE FORM** and Part **C. Limit of Insurance** in **SECTION II - LIABILITY COVERAGE** of the **GARAGE COVERAGE FORM**.

**C.**   For the purpose of this endorsement, the following **DEFINITIONS** are added:

1. "Silica" means silicon dioxide (occurring in crystalline, amorphous and impure forms), silica particles, silica dust or silica compounds.
2. "Silica-related dust" means a mixture or combination of "silica" and other dust or particles.
3. "Encapsulant" means a substance applied directly to the surface of a material or substance to prevent the discharge, dispersal, release or escape of any part of that material or substance, either by creating a membrane over the surface or by penetrating the material or substance and binding its components together.
4. "Encapsulation" means the coating of the surface of a material or substance with an "encapsulant" to prevent the discharge, dispersal, release or escape of any part of that material or substance.
5. "Enclosure" means those procedures and operations (excluding "encapsulation") required to construct an airtight, impermeable wall, ceiling or other permanent barrier around the surface of a material or substance to prevent the discharge, dispersal, release or escape of any part of that material or substance.

**EXHIBIT A**

*EXHIBIT A*

All other terms, conditions and exclusions included in this policy are applicable to this Endorsement and will remain unchanged.

This Endorsement is effective on the inception date of this policy unless otherwise stated herein.
(The information below is required only when this endorsement is issued subsequent to preparation of the policy).

Policy Number:  CIP401312

Named Insured:  JAMES HODGE
                          DBA RIVERBEND TREE SERVICE
Endorsement Effective Date: 04/ 20/ 2020

*EXHIBIT A*

# NEW CONSTRUCTION EXCLUSION – CONDOMINIUMS, TOWNHOUSE, ROW HOUSE AND TRACT HOME PROJECTS

---

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE FORM**

1.  The following Exclusion is added to **2. Exclusions** of **SECTION 1 – COVERAGES, COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY, COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY** and **COVERAGE C MEDICAL PAYMENTS**:

**Condominiums / Townhouse/ Row Houses/ Tract Homes**

This insurance does not apply on behalf of any insured to any claim or "suit" including, but not limited to, indemnification or defense costs, arising from, related to, or in any way connected with new construction of a "condominium project," "townhouse project," "row house project", or "tract home project".

For the purposes of this endorsement, the following definitions are added to **SECTION V – DEFINITIONS**:

"Condominium project" means a housing development in which individual parties are located within one or more buildings or structures containing multiple units, with each individual unit being owned separately and with other parts or portions of the overall development, including buildings, structures, land, and other such common elements being owned in common by all owners of the separate individual units, either with or without the establishment of a corporate entity or incorporated association to oversee and manage the common elements.

"Row house project" means a series of five or more individual housing units sharing common sidewalls between them, without co-ownership of other parts or portions of any building, structure or land in addition to the shared sidewalls between units.

"Townhouse project" means a development of 30 or more individual housing units connected to one another by one or more walls, with other parts or portions of the overall development, including buildings, structures, land and other common elements being owned in common by all owners of the separate individual housing units, either with or without the establishment of a corporate entity or unincorporated association to oversee and manage the use and maintenance of common elements.

"Tract home project" means a development of more than ten individual and freestanding housings which share common or similar design elements, floor plans, blueprints or architectural details and/ or which are constructed at the same time or consecutively, adjacent parcels or parcels so located within one geographic area to be considered a single project.

This exclusion does not apply when:

A.  Any work or services performed by or on behalf of any insured, or any goods or products provided by or on behalf of any insured that is part of a "condominium project," "row house project," and/ or "townhouse project" if such work, service(s), good(s), or product(s) is limited to remodeling or renovation of an existing unit; or

B.  There is new construction of a residential "townhouse project" or "condominium project" consisting of 30 units or fewer in any one location, "townhouse project" or "condominium project" or association.

All other terms and conditions of this policy remain unchanged.

This endorsement is effective on the inception date of this policy unless otherwise stated below.
(The information below is required only when this endorsement is issued subsequent to preparation of the policy).

Policy Number:  CIP401312

Named Insured: JAMES HODGE

Endorsement Effective Date: 04/ 20/ 2020

COMMERCIAL GENERAL LIABILITY
CG 00 01 04 13

# COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under Section II - Who Is An Insured.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section V - Definitions.

## SECTION I - COVERAGES

## COVERAGE A - BODILY INJURY AND PROPERTY DAMAGE LIABILITY

**1. Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section III - Limits Of Insurance; and

**(2)** Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C**.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments - Coverages **A** and **B**.

**b.** This insurance applies to "bodily injury" and "property damage" only if:

**(1)** The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

**(2)** The "bodily injury" or "property damage" occurs during the policy period; and

**(3)** Prior to the policy period, no insured listed under Paragraph **1.** of Section II - Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

**c.** "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed in Paragraph **1.** of Section II - Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

**d.** "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph **1.** of Section II - Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

**(1)** Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

**(2)** Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

**(3)** Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

**e.** Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

**2. Exclusions**

This insurance does not apply to:

**a. Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

**b. Contractual Liability**

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

**(1)** That the insured would have in the absence of the contract or agreement; or

**(2)** Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorneys' fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:

**(a)** Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

**(b)** Such attorneys' fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

**c. Liquor Liability**

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

**(1)** Causing or contributing to the intoxication of any person;

**(2)** The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

**(3)** Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in:

**(a)** The supervision, hiring, employment, training or monitoring of others by that insured; or

**(b)** Providing or failing to provide transportation with respect to any person that may be under the influence of alcohol;

if the "occurrence" which caused the "bodily injury" or "property damage", involved that which is described in Paragraph **(1)**, **(2)** or **(3)** above.

However, this exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages. For the purposes of this exclusion, permitting a person to bring alcoholic beverages on your premises, for consumption on your premises, whether or not a fee is charged or a license is required for such activity, is not by itself considered the business of selling, serving or furnishing alcoholic beverages.

**d. Workers' Compensation And Similar Laws**

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

**e. Employer's Liability**

"Bodily injury" to:

**(1)** An "employee" of the insured arising out of and in the course of:

**(a)** Employment by the insured; or

**(b)** Performing duties related to the conduct of the insured's business; or

**(2)** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **(1)** above.

This exclusion applies whether the insured may be liable as an employer or in any other capacity and to any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract".

**f.  Pollution**

**(1)** "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**(a)** At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured. However, this subparagraph does not apply to:

**(i)** "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot produced by or originating from equipment that is used to heat, cool or dehumidify the building, or equipment that is used to heat water for personal use, by the building's occupants or their guests;

**(ii)** "Bodily injury" or "property damage" for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at that premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than that additional insured; or

**(iii)** "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire";

**(b)** At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

**(c)** Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for:

**(i)** Any insured; or

**(ii)** Any person or organization for whom you may be legally responsible; or

**(d)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor. However, this subparagraph does not apply to:

**(i)** "Bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the "bodily injury" or "property damage" arises out of the intentional discharge, dispersal or release of the fuels, lubricants or other operating fluids, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent that they be discharged, dispersed or released as part of the operations being performed by such insured, contractor or subcontractor;

**(ii)** "Bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor; or

**(iii)** "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire".

**(e)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants".

Copyright, Insurance Services Office, Inc., 2012

EXHIBIT A

**EXHIBIT A**

(2) Any loss, cost or expense arising out of any:

   **(a)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

   **(b)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

However, this paragraph does not apply to liability for damages because of "property damage" that the insured would have in the absence of such request, demand, order or statutory or regulatory requirement, or such claim or "suit" by or on behalf of a governmental authority.

**g.** **Aircraft, Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft that is owned or operated by or rented or loaned to any insured.

This exclusion does not apply to:

**(1)** A watercraft while ashore on premises you own or rent;

**(2)** A watercraft you do not own that is:

   **(a)** Less than 26 feet long; and

   **(b)** Not being used to carry persons or property for a charge;

**(3)** Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

**(4)** Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

**(5)** "Bodily injury" or "property damage" arising out of:

   **(a)** The operation of machinery or equipment that is attached to, or part of, a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged; or

   **(b)** The operation of any of the machinery or equipment listed in Paragraph **f.(2)** or **f.(3)** of the definition of "mobile equipment".

**h.** **Mobile Equipment**

"Bodily injury" or "property damage" arising out of:

**(1)** The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

**(2)** The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition, or stunting activity.

**i.** **War**

"Bodily injury" or "property damage", however caused, arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**j.** **Damage To Property**

"Property damage" to:

**(1)** Property you own, rent, or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

**(2)** Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

**(3)** Property loaned to you;

**EXHIBIT A**

*EXHIBIT A*

(4) Personal property in the care, custody or control of the insured;

(5) That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

(6) That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraphs (1), (3) and (4) of this exclusion do not apply to "property damage" (other than damage by fire) to premises, including the contents of such premises, rented to you for a period of seven or fewer consecutive days. A separate limit of insurance applies to Damage To Premises Rented To You as described in Section III - Limits Of Insurance.

Paragraph (2) of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs (3), (4), (5) and (6) of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph (6) of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

**k. Damage To Your Product**

"Property damage" to "your product" arising out of it or any part of it.

**l. Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

**m. Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

(1) A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

(2) A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

**n. Recall Of Products, Work Or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

(1) "Your product";

(2) "Your work"; or

(3) "Impaired property";

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**o. Personal And Advertising Injury**

"Bodily injury" arising out of "personal and advertising injury".

**p. Electronic Data**

Damages arising out of the loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

However, this exclusion does not apply to liability for damages because of "bodily injury".

As used in this exclusion, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**q. Recording And Distribution Of Material Or Information In Violation Of Law**

"Bodily injury" or "property damage" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

(1) The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

(2) The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

(3) The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transactions Act (FACTA); or

 Copyright, Insurance Services Office, Inc., 2012

*EXHIBIT A*

*EXHIBIT A*

**(4)** Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording sending, transmitting, communicating or distribution of material or information.

Exclusions **c.** through **n.** do not apply to damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in Section III - Limits Of Insurance.

## COVERAGE B - PERSONAL AND ADVERTISING INJURY LIABILITY

**1. Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply. We may, at our discretion, investigate any offense and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section III - Limits Of Insurance; and

**(2)** Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages A or B or medical expenses under Coverage C.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments - Coverages A and B.

**b.** This insurance applies to "personal and advertising injury" caused by an offense arising out of your business but only if the offense was committed in the "coverage territory" during the policy period.

**2. Exclusions**

This insurance does not apply to:

**a. Knowing Violation Of Rights Of Another**

"Personal and advertising injury" caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury".

**b. Material Published With Knowledge Of Falsity**

"Personal and advertising injury" arising out of oral or written publication, in any manner, of material, if done by or at the direction of the insured with knowledge of its falsity.

**c. Material Published Prior To Policy Period**

"Personal and advertising injury" arising out of oral or written publication, in any manner, of material whose first publication took place before the beginning of the policy period.

**d. Criminal Acts**

"Personal and advertising injury" arising out of a criminal act committed by or at the direction of the insured.

**e. Contractual Liability**

"Personal and advertising injury" for which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement.

**f. Breach Of Contract**

"Personal and advertising injury" arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement".

**g. Quality Or Performance Of Goods - Failure To Conform To Statements**

"Personal and advertising injury" arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement".

**h. Wrong Description Of Prices**

"Personal and advertising injury" arising out of the wrong description of the price of goods, products or services stated in your "advertisement".

   Copyright, Insurance Services Office, Inc., 2012   CG 00 01 04 13

*EXHIBIT A*

**i.   Infringement Of Copyright, Patent, Trademark Or Trade Secret**

"Personal and advertising injury" arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights. Under this exclusion, such other intellectual property rights do not include the use of another's advertising idea in your "advertisement".

However, this exclusion does not apply to infringement, in your "advertisement", of copyright, trade dress or slogan.

**j.   Insureds In Media And Internet Type Businesses**

"Personal and advertising injury" committed by an insured whose business is:

**(1)** Advertising, broadcasting, publishing or telecasting;

**(2)** Designing or determining content of web sites for others; or

**(3)** An Internet search, access, content or service provider.

However, this exclusion does not apply to Paragraphs **14.a.**, **b.** and **c.** of "personal and advertising injury" under the Definitions section.

For the purposes of this exclusion, the placing of frames, borders or links, or advertising, for you or others anywhere on the Internet, is not by itself, considered the business of advertising, broadcasting, publishing or telecasting.

**k.   Electronic Chatrooms Or Bulletin Boards**

"Personal and advertising injury" arising out of an electronic chatroom or bulletin board the insured hosts, owns, or over which the insured exercises control.

**l.   Unauthorized Use Of Another's Name Or Product**

"Personal and advertising injury" arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatag, or any other similar tactics to mislead another's potential customers.

**m.   Pollution**

"Personal and advertising injury" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

**n.   Pollution-related**

Any loss, cost or expense arising out of any:

**(1)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(2)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

**o.   War**

"Personal and advertising injury", however caused, arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**p.   Recording And Distribution Of Material Or Information In Violation Of Law**

"Personal and advertising injury" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

**(3)** The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transactions Act (FACTA); or

**(4)** Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

   Copyright, Insurance Services Office, Inc., 2012

EXHIBIT A

**COVERAGE C - MEDICAL PAYMENTS**

**1. Insuring Agreement**

**a.** We will pay medical expenses as described below for "bodily injury" caused by an accident:

**(1)** On premises you own or rent;

**(2)** On ways next to premises you own or rent; or

**(3)** Because of your operations;

provided that:

**(a)** The accident takes place in the "coverage territory" and during the policy period;

**(b)** The expenses are incurred and reported to us within one year of the date of the accident; and

**(c)** The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

**b.** We will make these payments regardless of fault. These payments will not exceed the applicable limit of insurance. We will pay reasonable expenses for:

**(1)** First aid administered at the time of an accident;

**(2)** Necessary medical, surgical, X-ray and dental services, including prosthetic devices; and

**(3)** Necessary ambulance, hospital, professional nursing and funeral services.

**2. Exclusions**

We will not pay expenses for "bodily injury":

**a. Any Insured**

To any insured, except "volunteer workers".

**b. Hired Person**

To a person hired to do work for or on behalf of any insured or a tenant of any insured.

**c. Injury On Normally Occupied Premises**

To a person injured on that part of premises you own or rent that the person normally occupies.

**d. Workers' Compensation And Similar Laws**

To a person, whether or not an "employee" of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers' compensation or disability benefits law or a similar law.

**e. Athletics Activities**

To a person injured while practicing, instructing or participating in any physical exercises or games, sports, or athletic contests.

**f. Products-Completed Operations Hazard**

Included within the "products-completed operations hazard".

**g. Coverage A Exclusions**

Excluded under Coverage A.

**SUPPLEMENTARY PAYMENTS - COVERAGES A AND B**

**1.** We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

**a.** All expenses we incur.

**b.** Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

**c.** The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

**d.** All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", in cluding actual loss of earnings up to $250 a day because of time off from work.

**e.** All court costs taxed against the insured in the "suit". However, these payments do not include attorneys' fees or attorneys' expenses taxed against the insured.

**f.** Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

 Copyright, Insurance Services Office, Inc., 2012 CG 00 01 04 13

*EXHIBIT A*

g.  All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

These payments will not reduce the limits of insurance.

2.  If we defend an insured against a "suit" and an indemnitee of the insured is also named as a party to the "suit", we will defend that indemnitee if all of the following conditions are met:

a.  The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

b.  This insurance applies to such liability assumed by the insured;

c.  The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same "insured contract";

d.  The allegations in the "suit" and the information we know about the "occurrence" are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

e.  The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend the insured and the indemnitee; and

f.  The indemnitee:

(1)  Agrees in writing to:

(a)  Cooperate with us in the investigation, settlement or defense of the "suit";

(b)  Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "suit";

(c)  Notify any other insurer whose coverage is available to the indemnitee; and

(d)  Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

(2)  Provides us with written authorization to:

(a)  Obtain records and other information related to the "suit"; and

(b)  Conduct and control the defense of the indemnitee in such "suit".

So long as the above conditions are met, attorneys' fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments. Notwithstanding the provisions of Paragraph **2.b.(2)** of Section **I** - Coverage **A** - Bodily Injury And Property Damage Liability, such payments will not be deemed to be damages for "bodily injury" and "property damage" and will not reduce the limits of insurance.

Our obligation to defend an insured's indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when we have used up the applicable limit of insurance in the payment of judgments or settlements or the conditions set forth above, or the terms of the agreement described in Paragraph **f.** above, are no longer met.

**SECTION II - WHO IS AN INSURED**

1.  If you are designated in the Declarations as:

a.  An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

b.  A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

c.  A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

d.  An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

e.  A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.

      Copyright, Insurance Services Office, Inc., 2012

*EXHIBIT A*

EXHIBIT A

2. Each of the following is also an insured:

    a. Your "volunteer workers" only while performing duties related to the conduct of your business, or your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" or "volunteer workers" are insureds for:

        (1) "Bodily injury" or "personal and advertising injury":

            (a) To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), to a co-"employee" while in the course of his or her employment or performing duties related to the conduct of your business, or to your other "volunteer workers" while performing duties related to the conduct of your business;

            (b) To the spouse, child, parent, brother or sister of that co-"employee" or "volunteer worker" as a consequence of Paragraph (1)(a) above;

            (c) For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraph (1)(a) or (b) above; or

            (d) Arising out of his or her providing or failing to provide professional health care services.

        (2) "Property damage" to property:

            (a) Owned, occupied or used by;

            (b) Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by;

            you, any of your "employees", "volunteer workers", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

    b. Any person (other than your "employee" or "volunteer worker"), or any organization while acting as your real estate manager.

    c. Any person or organization having proper temporary custody of your property if you die, but only:

        (1) With respect to liability arising out of the maintenance or use of that property; and

        (2) Until your legal representative has been appointed.

    d. Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

3. Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

    a. Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

    b. Coverage A does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

    c. Coverage B does not apply to "personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

## SECTION III - LIMITS OF INSURANCE

1. The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

    a. Insureds;

    b. Claims made or "suits" brought; or

    c. Persons or organizations making claims or bringing "suits".

2. The General Aggregate Limit is the most we will pay for the sum of:

    a. Medical expenses under Coverage C;

    b. Damages under Coverage A, except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard"; and

    c. Damages under Coverage B.

   Copyright, Insurance Services Office, Inc., 2012

EXHIBIT A

EXHIBIT A

3. The Products-Completed Operations Aggregate Limit is the most we will pay under Coverage A for damages because of "bodily injury" and "property damage" included in the "products-completed operations hazard".

4. Subject to Paragraph **2.** above, the Personal And Advertising Injury Limit is the most we will pay under Coverage **B** for the sum of all damages because of all "personal and advertising injury" sustained by any one person or organization.

5. Subject to Paragraph **5.** or **3.** above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of:

   a. Damages under Coverage **A**; and

   b. Medical expenses under Coverage **C**

   because of all "bodily injury" and "property damage" arising out of any one "occurrence".

6. Subject to Paragraph **5.** above, the Damage To Premises Rented To You Limit is the most we will pay under Coverage **A** for damages because of "property damage" to any one premises, while rented to you, or in the case of damage by fire, while rented to you or temporarily occupied by you with permission of the owner.

7. Subject to Paragraph **5.** above, the Medical Expense Limit is the most we will pay under Coverage **C** for all medical expenses because of "bodily injury" sustained by any one person.

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

## SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS

1. **Bankruptcy**

   Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

2. **Duties In The Event Of Occurrence, Offense, Claim Or Suit**

   a. You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

      (1) How, when and where the "occurrence" or offense took place;

      (2) The names and addresses of any injured persons and witnesses; and

      (3) The nature and location of any injury or damage arising out of the "occurrence" or offense.

   b. If a claim is made or "suit" is brought against any insured, you must:

      (1) Immediately record the specifics of the claim or "suit" and the date received; and

      (2) Notify us as soon as practicable.

      You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

   c. You and any other involved insured must:

      (1) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

      (2) Authorize us to obtain records and other information;

      (3) Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

      (4) Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

   d. No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

3. **Legal Action Against Us**

   No person or organization has a right under this Coverage Part:

   a. To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

   b. To sue us on this Coverage Part unless all of its terms have been fully complied with.

   A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

Copyright, Insurance Services Office, Inc., 2012

EXHIBIT A

**EXHIBIT A**

**4. Other Insurance**

If other valid and collectible insurance is available to the insured for a loss we cover under Coverages **A** or **B** of this Coverage Part, our obligations are limited as follows:

**a. Primary Insurance**

This insurance is primary except when Paragraph **b.** below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in Paragraph **c.** below.

**b. Excess Insurance**

**(1)** This insurance is excess over:

**(a)** Any of the other insurance, whether primary, excess, contingent or on any other basis:

**(i)** That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for "your work";

**(ii)** That is Fire insurance for premises rented to you or temporarily occupied by you with permission of the owner;

**(iii)** That is insurance purchased by you to cover your liability as a tenant for "property damage" to premises rented to you or temporarily occupied by you with permission of the owner; or

**(iv)** If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to Exclusion **g.** of Section **I** - Coverage **A** - Bodily Injury And Property Damage Liability.

**(b)** Any other primary insurance available to you covering liability for damages arising out of the premises or operations, or the products and completed operations, for which you have been added as an additional insured.

**(2)** When this insurance is excess, we will have no duty under Coverages **A** or **B** to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

**(3)** When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

**(a)** The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

**(b)** The total of all deductible and self-insured amounts under all that other insurance.

**(4)** We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

**c. Method Of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

**5. Premium Audit**

**a.** We will compute all premiums for this Coverage Part in accordance with our rules and rates.

**b.** Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period and send notice to the first Named Insured. The due date for audit and retrospective premiums is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

**c.** The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

**6. Representations**

By accepting this policy, you agree:

**a.** The statements in the Declarations are accurate and complete;

Copyright, Insurance Services Office, Inc., 2012

**EXHIBIT A**

EXHIBIT A

**b.** Those statements are based upon representations you made to us; and

**c.** We have issued this policy in reliance upon your representations.

**7. Separation Of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

**a.** As if each Named Insured were the only Named Insured; and

**b.** Separately to each insured against whom claim is made or "suit" is brought.

**8. Transfer Of Rights Of Recovery Against Others To Us**

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

**9. When We Do Not Renew**

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

**SECTION V - DEFINITIONS**

**1.** "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

**a.** Notices that are published include material placed on the Internet or on similar electronic means of communication; and

**b.** Regarding web sites, only that part of a web site that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

**2.** "Auto" means:

**a.** A land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment; or

**b.** Any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged.

However, "auto" does not include "mobile equipment".

**3.** "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

**4.** "Coverage territory" means:

**a.** The United States of America (including its territories and possessions), Puerto Rico and Canada;

**b.** International waters or airspace, but only if the injury or damage occurs in the course of travel or transportation between any places included in Paragraph **a.** above; or

**c.** All other parts of the world if the injury or damage arises out of:

**(1)** Goods or products made or sold by you in the territory described in Paragraph **a.** above;

**(2)** The activities of a person whose home is in the territory described in Paragraph **a.** above, but is away for a short time on your business; or

**(3)** "Personal and advertising injury" offenses that take place through the Internet or similar electronic means of communication;

provided the insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in Paragraph **a.** above or in a settlement we agree to.

**5.** "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

**6.** "Executive officer" means a person holding any of the officer positions created by your charter, constitution, bylaws or any other similar governing document.

**7.** "Hostile fire" means one which becomes uncontrollable or breaks out from where it was intended to be.

**8.** "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

**a.** It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

**b.** You have failed to fulfill the terms of a contract or agreement;

if such property can be restored to use by the repair, replacement, adjustment or removal of "your product" or "your work" or your fulfilling the terms of the contract or agreement.

EXHIBIT A

**EXHIBIT A**

9.  "Insured contract" means:

a.  A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

b.  A sidetrack agreement;

c.  Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

d.  An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

e.  An elevator maintenance agreement;

f.  That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

Paragraph **f.** does not include that part of any contract or agreement:

(1)  That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass or crossing;

(2)  That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

(a)  Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

(b)  Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

(3)  Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in (2) above and supervisory, inspection, architectural or engineering activities.

10.  "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

11.  "Loading or unloading" means the handling of property:

a.  After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

b.  While it is in or on an aircraft, watercraft or "auto"; or

c.  While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

12.  "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

a.  Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

b.  Vehicles maintained for use solely on or next to premises you own or rent;

c.  Vehicles that travel on crawler treads;

d.  Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

(1)  Power cranes, shovels, loaders, diggers or drills; or

(2)  Road construction or resurfacing equipment such as graders, scrapers or rollers;

e.  Vehicles not described in Paragraph **a.**, **b.**, **c.** or **d.** above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

(1)  Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

(2)  Cherry pickers and similar devices used to raise or lower workers;

f.  Vehicles not described in Paragraph **a.**, **b.**, **c.** or **d.** above maintained primarily for purposes other than the transportation of persons or cargo.

  Copyright, Insurance Services Office, Inc., 2012  CG 00 01 04 13

**EXHIBIT A**

However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

**(1)** Equipment designed primarily for:

**(a)** Snow removal;

**(b)** Road maintenance, but not construction or resurfacing; or

**(c)** Street cleaning;

**(2)** Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

**(3)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

However, "mobile equipment" does not include any land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law are considered "autos".

**13.** "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

**14.** "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

**a.** False arrest, detention or imprisonment;

**b.** Malicious prosecution;

**c.** The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

**d.** Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

**e.** Oral or written publication, in any manner, of material that violates a person's right of privacy;

**f.** The use of another's advertising idea in your "advertisement"; or

**g.** Infringing upon another's copyright, trade dress or slogan in your "advertisement".

**15.** "Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**16.** "Products-completed operations hazard":

**a.** Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

**(1)** Products that are still in your physical possession; or

**(2)** Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

**(a)** When all of the work called for in your contract has been completed.

**(b)** When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

**(c)** When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

**b.** Does not include "bodily injury" or "property damage" arising out of:

**(1)** The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured;

**(2)** The existence of tools, uninstalled equipment or abandoned or unused materials; or

**(3)** Products or operations for which the classification, listed in the Declarations or in a policy Schedule, states that products-completed operations are subject to the General Aggregate Limit.

**17.** "Property damage" means:

**a.** Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

**b.** Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

For the purposes of this insurance, electronic data is not tangible property.

 Copyright, Insurance Services Office, Inc., 2012

As used in this definition, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

18. "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies are alleged. "Suit" includes:

**a.** An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

**b.** Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

19. "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

20. "Volunteer worker" means a person who is not your "employee", and who donates his or her work and acts at the direction of and within the scope of duties determined by you, and is not paid a fee, salary or other compensation by you or anyone else for their work performed for you.

21. "Your product":

**a.** Means:

**(1)** Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

**(a)** You;

**(b)** Others trading under your name; or

**(c)** A person or organization whose business or assets you have acquired; and

**(2)** Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

**b.** Includes:

**(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

**(2)** The providing of or failure to provide warnings or instructions.

**c.** Does not include vending machines or other property rented to or located for the use of others but not sold.

22. "Your work":

**a.** Means:

**(1)** Work or operations performed by you or on your behalf; and

**(2)** Materials, parts or equipment furnished in connection with such work or operations.

**b.** Includes:

**(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work"; and

**(2)** The providing of or failure to provide warnings or instructions.

Copyright, Insurance Services Office, Inc., 2012

**EXHIBIT A**

POLICY NUMBER: CIP401312

COMMERCIAL GENERAL LIABILITY
CG 03 00 01 96

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# DEDUCTIBLE LIABILITY INSURANCE

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## SCHEDULE

| Coverage | Amount and Basis of Deductible | | |
|---|---|---|---|
| | PER CLAIM | or | PER OCCURRENCE |
| Bodily Injury Liability | $ | | $ |
| OR | | | |
| Property Damage Liability | $1,000 | | $ |
| OR | | | |
| Bodily Injury Liability and/or Property Damage Liability Combined | $ | | $ |

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

**APPLICATION OF ENDORSEMENT**  (Enter below any limitations on the application of this endorsement. If no limitation is entered, the deductibles apply to damages for all "bodily injury" and "property damage", however caused):

**A.** Our obligation under the Bodily Injury Liability and Property Damage Liability Coverages to pay damages on your behalf applies only to the amount of damages in excess of any deductible amounts stated in the Schedule above as applicable to such coverages.

**B.** You may select a deductible amount on either a per claim or a per "occurrence" basis. Your selected deductible applies to the coverage option and to the basis of the deductible indicated by the placement of the deductible amount in the Schedule above. The deductible amount stated in the Schedule above applies as follows:

    **1.** **PER CLAIM BASIS.** If the deductible amount indicated in the Schedule above is on a per claim basis, that deductible applies as follows:

        **a.** Under Bodily Injury Liability Coverage, to all damages sustained by any one person because of "bodily injury";

        **b.** Under Property Damage Liability Coverage, to all damages sustained by any one person because of "property damage"; or

        **c.** Under Bodily Injury Liability and/or Property Damage Liability Coverage Combined, to all damages sustained by any one person because of:

            **(1)** "Bodily injury";

            **(2)** "Property damage"; or

            **(3)** "Bodily injury" and "property damage" combined

    as the result of any one "occurrence".

    If damages are claimed for care, loss of services or death resulting at any time from "bodily injury", a separate deductible amount will be applied to each person making a claim for such damages.

    With respect to "property damage", person includes an organization.

    **2.** **PER OCCURRENCE BASIS.** If the deductible amount indicated in the Schedule above is on a "per occurrence" basis, that deductible amount applies as follows:

1

CG 03 00 01 96

Hart Forms & Services
Reorder No. 14-2180

**EXHIBIT A**

*EXHIBIT A*

**COMMERCIAL GENERAL LIABILITY**
**CG 03 00 01 96**

**a.** Under Bodily Injury Liability Coverage, to all damages because of "bodily injury";

**b.** Under Property Damage Liability Coverage, to all damages because of "property damage"; or

**c.** Under Bodily Injury Liability and/or Property Damage Liability Coverage Combined, to all damages because of:

    **(1)** "Bodily injury";

    **(2)** "Property damage"; or

    **(3)** "Bodily injury" and "property damage" combined

as the result of any one "occurrence", regardless of the number of persons or organizations who sustain damages because of that "occurrence".

**C.** The terms of this insurance, including those with respect to:

    **1.** Our right and duty to defend the insured against any "suits" seeking those damages; and

    **2.** Your duties in the event of an "occurrence", claim, or "suit"

    apply irrespective of the application of the deductible amount.

**D.** We may pay any part or all of the deductible amount to effect settlement of any claim or "suit" and, upon notification of the action taken, you shall promptly reimburse us for such part of the deductible amount as has been paid by us.

CG 03 00 01 96          Copyright, Insurance Services Office, Inc., 1994

*EXHIBIT A*

*EXHIBIT A*

COMMERCIAL GENERAL LIABILITY
CG 21 07 05 14

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – ACCESS OR DISCLOSURE OF CONFIDENTIAL OR PERSONAL INFORMATION AND DATA-RELATED LIABILITY – LIMITED BODILY INJURY EXCEPTION NOT INCLUDED

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** Exclusion **2.p.** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** is replaced by the following:

**2. Exclusions**

This insurance does not apply to:

**p. Access Or Disclosure Of Confidential Or Personal Information And Data-related Liability**

Damages arising out of:

**(1)** Any access to or disclosure of any person's or organization's confidential or personal information, including patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information; or

**(2)** The loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

This exclusion applies even if damages are claimed for notification costs, credit monitoring expenses, forensic expenses, public relations expenses or any other loss, cost or expense incurred by you or others arising out of that which is described in Paragraph **(1)** or **(2)** above.

As used in this exclusion, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**B.** The following is added to Paragraph **2. Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**Access Or Disclosure Of Confidential Or Personal Information**

"Personal and advertising injury" arising out of any access to or disclosure of any person's or organization's confidential or personal information, including patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information.

This exclusion applies even if damages are claimed for notification costs, credit monitoring expenses, forensic expenses, public relations expenses or any other loss, cost or expense incurred by you or others arising out of any access to or disclosure of any person's or organization's confidential or personal information.

*EXHIBIT A*

COMMERCIAL GENERAL LIABILITY
CG 21 67 12 04

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# FUNGI OR BACTERIA EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability:**

**2. Exclusions**

This insurance does not apply to:

**Fungi Or Bacteria**

**a.** "Bodily injury" or "property damage" which would not have occurred, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury or damage.

**b.** Any loss, cost or expenses arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

This exclusion does not apply to any "fungi" or bacteria that are, are on, or are contained in, a good or product intended for bodily consumption.

**B.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I - Coverage B - Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**Fungi Or Bacteria**

**a.** "Personal and advertising injury" which would not have taken place, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury.

**b.** Any loss, cost or expense arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

**C.** The following definition is added to the **Definitions** Section:

"Fungi" means any type or form of fungus, including mold or mildew and any mycotoxins, spores, scents or byproducts produced or released by fungi.

       Copyright, ISO Properties, Inc., 2003

INSURED
EXHIBIT A

COMMERCIAL GENERAL
LIABILITY
CG 21 73 01 15

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION OF CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/ COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

**A.** The following exclusion is added:
This insurance does not apply to:
**TERRORISM**
"Any injury or damage" arising, directly or indirectly, out of a "certified act of terrorism".

**B.** The following definitions are added:

  **1.** For the purposes of this endorsement, "any injury or damage" means any injury or damage covered under any Coverage Part to which this endorsement is applicable, and includes but is not limited to "bodily injury", "property damage", "personal and advertising injury", "injury" or "environmental damage" as may be defined in any applicable Coverage Part.

  **2.** "Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

    **a.** The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

    **b.** The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

**C.** The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for injury or damage that is otherwise excluded under this Coverage Part.

          © Insurance Services Office, Inc., 2014

COMMERCIAL GENERAL LIABILITY
CG 24 26 04 13

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT OF INSURED CONTRACT DEFINITION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL  LIABILITY COVERAGE PART
PRODUCTS/ COMPLETED OPERATIONS LIABILITY COVERAGE PART

The definition of "insured contract" in the **Definitions** section is replaced by the following:

"Insured contract" means:

**a.** A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

**b.** A sidetrack agreement;

**c.** Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

**d.** An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

**e.** An elevator maintenance agreement;

**f.** That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization, provided the "bodily injury" or "property damage" is caused, in whole or in part, by you or by those acting on your behalf. However, such part of a contract or agreement shall only be considered an "insured contract" to the extent your assumption of the tort liability is permitted by law. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

Paragraph **f.** does not include that part of any contract or agreement:

**(1)** That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass or crossing;

**(2)** That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

**(a)** Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

**(b)** Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

**(3)** Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in **(2)** above and supervisory, inspection, architectural or engineering activities.

   Copyright, Insurance Services Office, Inc., 2012

**EXHIBIT A**

# COMMERCIAL INSURANCE APPLICATION
## APPLICANT INFORMATION SECTION

ACORD®

DATE (MM/DD/YYYY): 03/16/2020

**AGENCY**
Equity Insurance Group
160 E. Ferguson Ave.
Wood River, IL 62095

**CARRIER**   NAIC CODE:    **UNDERWRITER**    **UNDERWRITER OFF.**

**POLICIES OR PROGRAM REQUESTED:** GL    **POLICY NUMBER**

PHONE (A/C, No, Ext): 618-254-9363
FAX (A/C, No): 618-254-9364
E-MAIL ADDRESS: angela@lewis-clarkinsurance.com
CODE:    SUB CODE:
AGENCY CUSTOMER ID: 00002289

**INDICATE SECTIONS ATTACHED**

| | | |
|---|---|---|
| PROPERTY | EQUIPMENT FLOATER | GARAGE AND DEALERS |
| GLASS AND SIGN | INSTALLATION/BUILDERS RISK | VEHICLE SCHEDULE |
| ACCOUNTS RECEIVABLE/ VALUABLE PAPERS | ELECTRONIC DATA PROC | BOILER & MACHINERY |
| CRIME/MISCELLANEOUS CRIME | X COMMERCIAL GENERAL LIABILITY | WORKERS COMPENSATION |
| TRANSPORTATION/ MOTOR TRUCK CARGO | BUSINESS AUTO | UMBRELLA |
| | TRUCKERS/MOTOR CARRIER | |

**STATUS OF TRANSACTION**

| X QUOTE | ISSUE POLICY | RENEW |
| CHANGE | DATE | TIME |
| BOUND (Give Date and/or Attach Copy) | | AM / PM |
| CANCEL | | |

**PACKAGE POLICY INFORMATION**
ENTER THIS INFORMATION WHEN COMMON DATES AND TERMS APPLY TO SEVERAL LINES, OR FOR MONOLINE POLICIES.

| PROPOSED EFF DATE | PROPOSED EXP DATE | BILLING PLAN | PAYMENT PLAN | AUDIT |
|---|---|---|---|---|
| 04/21/2020 | 04/21/2021 | X DIRECT BILL / AGENCY BILL | Financed | A |

**APPLICANT INFORMATION**

NAME (First Named Insured & Other Named Insureds)
James Hodge
DBA: Riverbend Tree Service

FEIN or SOC SEC # (of First Named Insured)
PHONE (A/C, No, Ext): 618-410-8245

MAILING ADDRESS INCL ZIP+4 (of First Named Insured)
3212 Alby St
Alton, IL 62002

E-MAIL ADDRESS(ES):
X INDIVIDUAL   CORPORATION   SUBCHAPTER "S" CORPORATION NOT FOR PROFIT ORG   LLC NO. OF MEMBERS AND MANAGERS
PARTNERSHIP   JOINT VENTURE

WEBSITE ADDRESS(ES):
CR BUREAU NAME   ID NUMBER
DATE BUS STARTED: 2016

**INSPECTION CONTACT**
PHONE (A/C, No, Ext):    E-MAIL ADDRESS:

**ACCOUNTING RECORDS CONTACT**
PHONE (A/C, No, Ext):    E-MAIL ADDRESS:

**PREMISES INFORMATION**

| LOC # | BLD # | STREET, CITY, COUNTY, STATE, ZIP+4 | CITY LIMITS | INTEREST | YR BUILT | # EMPLOYEES | ANNUAL REVENUES | PART OCCUPIED |
|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 3212 Alby St / Alton, IL 62002 / Madison County | X INSIDE / OUTSIDE | X OWNER / TENANT | | 0 | ███ | |
| | | | INSIDE / OUTSIDE | OWNER / TENANT | | | | |

**NATURE OF BUSINESS/DESCRIPTION OF OPERATIONS BY PREMISE(S)**
Tree Service Removal and Trimming

**GENERAL INFORMATION**

| EXPLAIN ALL "YES" RESPONSES | YES | NO |
|---|---|---|
| 1a. IS THE APPLICANT A SUBSIDIARY OF ANOTHER ENTITY ? | | X |
| 1b. DOES THE APPLICANT HAVE ANY SUBSIDIARIES? | | X |
| 2. IS A FORMAL SAFETY PROGRAM IN OPERATION? | | X |
| 3. ANY EXPOSURE TO FLAMMABLES, EXPLOSIVES, CHEMICALS? | | X |
| 4. ANY CATASTROPHE EXPOSURE? | | X |
| 5. ANY OTHER INSURANCE WITH THIS COMPANY OR BEING SUBMITTED? | | X |
| 6. ANY POLICY OR COVERAGE DECLINED, CANCELLED OR NON-RENEWED DURING THE PRIOR 3 YEARS? (Not applicable in MO) | | X |

| EXPLAIN ALL "YES" RESPONSES | YES | NO |
|---|---|---|
| 7. ANY PAST LOSSES OR CLAIMS RELATING TO SEXUAL ABUSE OR MOLESTATION ALLEGATIONS, DISCRIMINATION OR NEGLIGENT HIRING? | | X |
| 8. DURING THE LAST FIVE YEARS (TEN IN RI), HAS ANY APPLICANT BEEN CONVICTED OF ANY DEGREE OF THE CRIME OF ARSON? (In AL, this question must be answered by any applicant for property insurance. Failure to disclose the existence of an arson conviction is a misdemeanor punishable by a sentence of up to one year of imprisonment) | | X |
| 9. ANY UNCORRECTED FIRE CODE VIOLATIONS? | | X |
| 10. ANY BANKRUPTCIES, TAX OR CREDIT LIENS AGAINST THE APPLICANT IN THE PAST 5 YEARS? | | X |
| 11. HAS BUSINESS BEEN PLACED IN A TRUST? IF YES, NAME OF TRUST: | | X |

REMARKS/PROCESSING INSTRUCTIONS (Attach additional sheets if more space is required)

ANY PERSON WHO KNOWINGLY AND WITH INTENT TO DEFRAUD ANY INSURANCE COMPANY OR ANOTHER PERSON FILES AN APPLICATION FOR INSURANCE OR STATEMENT OF CLAIM CONTAINING ANY MATERIALLY FALSE INFORMATION, OR CONCEALS FOR THE PURPOSE OF MISLEADING, INFORMATION CONCERNING ANY FACT MATERIAL THERETO, COMMITS A FRAUDULENT INSURANCE ACT, WHICH IS A CRIME AND SUBJECTS THE PERSON TO CRIMINAL AND [NY: SUBSTANTIAL] CIVIL PENALTIES. (Not applicable in CO, HI, NE, OH, OK, OR, or VT; in DC, LA, ME, TN and VA, insurance benefits may also be denied)

THE UNDERSIGNED IS AN AUTHORIZED REPRESENTATIVE OF THE APPLICANT AND CERTIFIES THAT REASONABLE ENQUIRY HAS BEEN MADE TO OBTAIN THE ANSWERS TO QUESTIONS ON THIS APPLICATION.  HE/SHE CERTIFIES THAT THE ANSWERS ARE TRUE, CORRECT AND COMPLETE TO THE BEST OF HIS/HER KNOWLEDGE.

APPLICANT'S SIGNATURE    DATE: 4-17-20    PRODUCER'S SIGNATURE: Angela K Clark    NATIONAL PRODUCER NUMBER: 2845708

ACORD 125 (2004/03)    PLEASE COMPLETE REVERSE SIDE    Printed by AKC on March 16, 2020 at 02:19 PM    © ACORD CORPORATION 1993

**EXHIBIT A**

**PRIOR CARRIER INFORMATION**

| LINE | CATEGORY | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

**GENERAL COMMERCIAL LIABILITY LIMITS**

- CARRIER: CIP368573
- POLICY NUMBER
- POLICY TYPE: CLAIMS MADE / X OCCURRENCE
- RETRO DATE
- EFF-EXP DATE
- GENERAL AGGREGATE
- PRODUCTS COMP OP AGGREGATE
- PERSONAL & ADV INJ
- EACH OCCURRENCE
- FIRE DAMAGE
- MEDICAL EXPENSE
- BODILY INJURY: OCCURRENCE / AGGREGATE
- PROPERTY DAMAGE: OCCURRENCE / AGGREGATE
- COMBINED SINGLE LIMIT
- MODIFICATION FACTOR
- TOTAL PREMIUM: on file

**AUTOMOBILE LIABILITY**

- CARRIER
- POLICY NUMBER
- POLICY TYPE
- EFF-EXP DATE
- COMBINED SINGLE LIMIT
- BODILY INJURY: EA PERSON / EA ACCIDENT
- PROPERTY DAMAGE
- MODIFICATION FACTOR
- TOTAL PREMIUM

**PROPERTY**

- CARRIER
- POLICY NUMBER
- POLICY TYPE
- EFF-EXP DATE: BUILDING AMT / PERS PROP AMT
- MODIFICATION FACTOR
- TOTAL PREMIUM
- CARRIER
- POLICY NUMBER
- POLICY TYPE
- EFF-EXP DATE
- LIMIT
- MODIFICATION FACTOR
- TOTAL PREMIUM

**LOSS HISTORY**

ENTER ALL CLAIMS OR LOSSES (REGARDLESS OF FAULT AND WHETHER OR NOT INSURED) OR OCCURRENCES THAT MAY GIVE RISE TO CLAIMS FOR THE PRIOR 5 YEARS (3 YEARS IN KS & NY) — X CHK HERE IF NONE — SEE ATTACHED LOSS SUMMARY

| DATE OF OCCURRENCE | LINE | TYPE/DESCRIPTION OF OCCURRENCE OR CLAIM | DATE OF CLAIM | AMOUNT PAID | AMOUNT RESERVED | CLAIM STATUS |
|---|---|---|---|---|---|---|
| | | | | | | OPEN / CLOSED |
| | | | | | | OPEN / CLOSED |

REMARKS    NOTE: FIDELITY REQUIRES A FIVE YEAR LOSS HISTORY

ATTACHMENTS: STATE SUPPLEMENT(S) (if applicable)

COPY OF THE NOTICE OF INFORMATION PRACTICES (PRIVACY) HAS BEEN GIVEN TO THE APPLICANT. (Not applicable in all states, consult your agent or broker for your state's requirements.)

**NOTICE OF INSURANCE INFORMATION PRACTICES** PERSONAL INFORMATION ABOUT YOU, INCLUDING INFORMATION FROM A CREDIT REPORT, MAY BE COLLECTED FROM PERSONS OTHER THAN YOU IN CONNECTION WITH THIS APPLICATION FOR INSURANCE AND SUBSEQUENT POLICY RENEWALS. SUCH INFORMATION AS WELL AS OTHER PERSONAL AND PRIVILEGED INFORMATION COLLECTED BY US OR OUR AGENTS MAY IN CERTAIN CIRCUMSTANCES BE DISCLOSED TO THIRD PARTIES WITHOUT YOUR AUTHORIZATION. YOU HAVE THE RIGHT TO REVIEW YOUR PERSONAL INFORMATION IN OUR FILES AND CAN REQUEST CORRECTION OF ANY INACCURACIES. A MORE DETAILED DESCRIPTION OF YOUR RIGHTS AND OUR PRACTICES REGARDING SUCH INFORMATION IS AVAILABLE UPON REQUEST. CONTACT YOUR AGENT OR BROKER FOR INSTRUCTIONS ON HOW TO SUBMIT A REQUEST TO US.

**ACORD 125 (2004/03)**

Printed by AKC on March 16, 2020 at 02:19PM

# ACORD™ COMMERCIAL GENERAL LIABILITY SECTION

DATE: 03/16/2020

| PRODUCER  PHONE (A/C, No, Ext): 618-254-9363 | APPLICANT (First Named Insured): James Hodge |
|---|---|
| Lewis & Clark Ins. Agency Inc.<br>160 E. Ferguson Ave.<br>Wood River, IL  62095 | DBA: Riverbend Tree Service |

| EFFECTIVE DATE | EXPIRATION DATE | X | DIRECT BILL | PAYMENT PLAN | AUDIT |
|---|---|---|---|---|---|
| 04/20/2020 | 04/202/2021 | | AGENCY BILL | Fianace | A |

FOR COMPANY USE ONLY

CODE:    SUB CODE:

AGENCY CUSTOMER ID: 00002289

## COVERAGES

X COMMERCIAL GENERAL LIABILITY

| | CLAIMS MADE | X | OCCURRENCE |
|---|---|---|---|

OWNER'S & CONTRACTOR'S PROTECTIVE

## DEDUCTIBLES

| | PROPERTY DAMAGE | $ |
| | BODILY INJURY | $ |
| | | $ |

PER CLAIM
PER OCCURRENCE

## LIMITS

| GENERAL AGGREGATE | $2,000,000 |
|---|---|
| PRODUCTS & COMPLETED OPERATIONS AGGREGATE | $2,000,000 |
| PERSONAL & ADVERTISING INJURY | $1,000,000 |
| EACH OCCURRENCE | $1,000,000 |
| FIRE DAMAGE (Any one fire) | $100,000 |
| MEDICAL EXPENSE (Any one person) | $5,000 |
| EMPLOYEE BENEFITS | $ |

| PREMIUMS |
|---|
| PREMISES/OPERATIONS |
| PRODUCTS |
| OTHER |
| TOTAL |

OTHER COVERAGES, RESTRICTIONS AND/OR ENDORSEMENTS (For hired/non-owned auto coverages attach the Business Auto Section, ACORD 127)

## SCHEDULE OF HAZARDS

| LOCATION # | CLASSIFICATION | CLASS CODE | PREMIUM BASIS | TERR | RATE PREM/OPS | RATE PRODUCTS | PREMIUM PREM/OPS | PREMIUM PRODUCTS |
|---|---|---|---|---|---|---|---|---|
| 1 | Tree Service | 99777 | ▉ | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

RATING AND PREMIUM BASIS
(S) GROSS SALES - PER $1,000/SALES
(P) PAYROLL - PER $1,000/PAY
(A) AREA - PER 1,000/SQ FT
(C) TOTAL COST - PER $1,000/COST
(M) ADMISSIONS - PER 1,000/ADM
(U) UNIT - PER UNIT
(T) OTHER

## CLAIMS MADE (Explain all "Yes" responses)

1. PROPOSED RETROACTIVE DATE:

2. ENTRY DATE INTO UNINTERRUPTED CLAIMS MADE COV:

| | | YES | NO |
|---|---|---|---|
| 3. HAS ANY PRODUCT, WORK, ACCIDENT, OR LOCATION BEEN EXCLUDED, UNINSURED OR SELF-INSURED FROM ANY PREVIOUS COVERAGE? | | | X |
| 4. WAS TAIL COVERAGE PURCHASED UNDER ANY PREVIOUS POLICY? | | | X |

REMARKS

## EMPLOYEE BENEFITS LIABILITY

1. DEDUCTIBLE PER CLAIM:   $

2. NUMBER OF EMPLOYEES:

3. NUMBER OF EMPLOYEES COVERED BY EMPLOYEE BENEFITS PLANS:

4. RETROACTIVE DATE:

REMARKS

ACORD 126-S (1/97)    PLEASE COMPLETE REVERSE SIDE    © ACORD CORPORATION 1993

Printed by AKC on March 16, 2020 at 02:20PM

## CONTRACTORS

| EXPLAIN ALL "YES" RESPONSES (For past or present operations) | YES | NO | EXPLAIN ALL "YES" RESPONSES (For past or present operations) | YES | NO |
|---|---|---|---|---|---|
| 1. DOES APPLICANT DRAW PLANS, DESIGNS, OR SPECIFICATIONS FOR OTHERS? | | X | 4. DO YOUR SUBCONTRACTORS CARRY COVERAGES OR LIMITS LESS THAN YOURS? | | X |
| 2. DO ANY OPERATIONS INCLUDE BLASTING OR UTILIZE OR STORE EXPLOSIVE MATERIAL? | | X | 5. ARE SUBCONTRACTORS ALLOWED TO WORK WITHOUT PROVIDING YOU WITH A CERTIFICATE OF INSURANCE? | | X |
| 3. DO ANY OPERATIONS INCLUDE EXCAVATION, TUNNELING, UNDERGROUND WORK OR EARTH MOVING? | | X | 6. DOES APPLICANT LEASE EQUIPMENT TO OTHERS WITH OR WITHOUT OPERATORS? | | X |

| REMARKS/DESCRIBE THE TYPE OF WORK SUBCONTRACTED | $ PAID TO SUB-CONTRACTORS: 0 | % OF WORK SUBCONTRACTED: 0 | # FULL-TIME STAFF: 0 | # PART-TIME STAFF: 0 |
|---|---|---|---|---|

## PRODUCTS/COMPLETED OPERATIONS

| PRODUCTS | ANNUAL GROSS SALES | # OF UNITS | TIME IN MARKET | EXPECTED LIFE | INTENDED USE | PRINCIPAL COMPONENTS |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |

| EXPLAIN ALL "YES" RESPONSES (For any past or present product or operation) | YES | NO | EXPLAIN ALL "YES" RESPONSES (For any past or present product or operation) | YES | NO |
|---|---|---|---|---|---|
| 1. DOES APPLICANT INSTALL, SERVICE OR DEMONSTRATE PRODUCTS? | | X | 6. PRODUCTS RECALLED, DISCONTINUED, CHANGED? | | X |
| 2. FOREIGN PRODUCTS SOLD, DISTRIBUTED, USED AS COMPONENTS? | | X | 7. PRODUCTS OF OTHERS SOLD OR RE-PACKAGED UNDER APPLICANT LABEL? | | X |
| 3. RESEARCH AND DEVELOPMENT CONDUCTED OR NEW PRODUCTS PLANNED? | | X | 8. PRODUCTS UNDER LABEL OF OTHERS? | | X |
| 4. GUARANTEES, WARRANTIES, HOLD HARMLESS AGREEMENTS? | | X | 9. VENDORS COVERAGE REQUIRED? | | X |
| 5. PRODUCTS RELATED TO AIRCRAFT/SPACE INDUSTRY? | | X | 10. DOES ANY NAMED INSURED SELL TO OTHER NAMED INSUREDS? | | X |

PLEASE ATTACH LITERATURE, BROCHURES, LABELS, WARNINGS, ETC

## ADDITIONAL INTEREST/CERTIFICATE RECIPIENT       ACORD 45 attached for additional names

| INTEREST | RANK: | NAME AND ADDRESS | REFERENCE #: | | CERTIFICATE REQUIRED | INTEREST IN ITEM NUMBER | |
|---|---|---|---|---|---|---|---|
| | ADDITIONAL INSURED | | | | | LOCATION: | BUILDING: |
| | LOSS PAYEE | | | | | VEHICLE: | BOAT: |
| | MORTGAGEE | | | | | SCHEDULED ITEM NUMBER: | |
| | LIENHOLDER | | | | | OTHER | |
| | EMPLOYEE AS LESSOR | | | | | | |
| | ITEM DESCRIPTION: | | | | | | |

## GENERAL INFORMATION

| EXPLAIN ALL "YES" RESPONSES (For all past or present operations) | YES | NO | EXPLAIN ALL "YES" RESPONSES (For all past or present operations) | YES | NO |
|---|---|---|---|---|---|
| 1. ANY MEDICAL FACILITIES PROVIDED OR MEDICAL PROFESSIONALS EMPLOYED OR CONTRACTED? | | X | 12. ANY STRUCTURAL ALTERATIONS CONTEMPLATED? | | X |
| | | | 13. ANY DEMOLITION EXPOSURE CONTEMPLATED? | | X |
| 2. ANY EXPOSURE TO RADIOACTIVE/NUCLEAR MATERIALS? | | X | 14. HAS APPLICANT BEEN ACTIVE IN OR IS CURRENTLY ACTIVE IN JOINT VENTURES? | | X |
| 3. DO/HAVE PAST, PRESENT OR DISCONTINUED OPERATIONS INVOLVE(D) STORING, TREATING, DISCHARGING, APPLYING, DISPOSING, OR TRANSPORTING OF HAZARDOUS MATERIAL? (e.g. landfills, wastes, fuel tanks, etc) | | X | 15. DO YOU LEASE EMPLOYEES TO OR FROM OTHER EMPLOYERS? | | X |
| | | | 16. IS THERE A LABOR INTERCHANGE WITH ANY OTHER BUSINESS OR SUBSIDIARIES? | | X |
| 4. ANY OPERATIONS SOLD, ACQUIRED, OR DISCONTINUED IN LAST 5 YEARS? | X | | 17. ARE DAY CARE FACILITIES OPERATED OR CONTROLLED? | | X |
| 5. MACHINERY OR EQUIPMENT LOANED OR RENTED TO OTHERS? | | X | 18. HAVE ANY CRIMES OCCURRED OR BEEN ATTEMPTED ON YOUR PREMISES WITHIN THE LAST THREE YEARS? | | X |
| 6. ANY WATERCRAFT, DOCKS, FLOATS OWNED, HIRED OR LEASED? | | X | | | |
| 7. ANY PARKING FACILITIES OWNED/RENTED? | | X | 19. IS THERE A FORMAL, WRITTEN SAFETY AND SECURITY POLICY IN EFFECT? | | X |
| 8. IS A FEE CHARGED FOR PARKING? | | X | | | |
| 9. RECREATION FACILITIES PROVIDED? | | X | 20. DOES THE BUSINESSES' PROMOTIONAL LITERATURE MAKE ANY REPRESENTATIONS ABOUT THE SAFETY OR SECURITY OF THE PREMISES? | | X |
| 10. IS THERE A SWIMMING POOL ON THE PREMISES? | | X | | | |
| 11. SPORTING OR SOCIAL EVENTS SPONSORED? | | X | | | |

REMARKS

**ACORD 126-S (1/97)**          **ATTACH TO APPLICANT INFORMATION SECTION**

Printed by AKC on March 16, 2020 at 02:20PM