IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ATAIN SPECIALTY INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>vs.<br><br>JAMES HODGE d/b/a RIVERBEND TREE SERVICE and BAILEY WATSON,<br><br>    Defendants. | Case No. 3:21-cv-00415-JPG |

## **MEMORANDUM AND ORDER**

This matter is before the Court on Plaintiff Atain Specialty Insurance Company's Motion for Leave to Serve Defendant Bailey Watson. Plaintiff has shown good cause for the failure to serve Defendant Watson within the time period in Federal Rule of Civil Procedure 4(m).

The Court hereby **GRANTS** Plaintiff's Motion for Leave to Serve Defendant Watson.

This Court hereby **EXTENDS** the time for Plaintiff to effectuate service on Defendant Watson until **December 8, 2021.**

**IT IS SO ORDERED.**
**DATED: November 8, 2021**

                                                                  /s J. Phil Gilbert
                                                                  **J. PHIL GILBERT**
                                                                  **UNITED STATES DISTRICT JUDGE**