IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| ATAIN SPECIALTY INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Case No. 3:21-cv-00415-JPG |
| JAMES HODGE d/b/a RIVERBEND TREE SERVICE and BAILEY WATSON, | ) ) ) ) | |
| Defendants. | ) ) | |
| | ) | **Consolidated with**: |
| BAILEY WATSON, | ) ) ) ) | |
| JAMES HODGE, d/b/a RIVERBEND TREE SERVICE, | ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 3:21-cv-01259-JPG |
| vs. | ) ) | |
| ATAIN SPECIALITY INSURANCE COMPANY, | ) ) ) ) | |
| Garnishee. | ) | |

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment is entered in favor of plaintiff Atain Specialty Insurance Company and against defendants James Hodge d/b/a Riverbend Tree Service and Bailey Watson in the action for declaratory judgment in *Atain Specialty Insurance Company v. James Hodge d/b/a Riverbend Tree Service and Bailey Watson*;

**IT IS FURTHER HEREBY ORDERED AND ADJUDGED** that judgment is entered

in favor of Atain Specialty Insurance Company and against Bailey Watson and James Hodge d/b/a Riverbend Tree Service in the garnishment action in *Bailey Watson and James Hodge d/b/a Riverbend Tree Service v. Atain Specialty Insurance Company*; and

   **IT IS FURTHER DECLARED** that

   Plaintiff Atain Specialty Insurance Company owes no duty to defend or indemnify James Hodge d/b/a Riverbend Tree Service Commercial General Liability and Errors and Omissions policy no. CIP401312 the claims brought in *Bailey Watson v. James Hodge d/b/a Riverbend Tree Service*, Case No. 2021-L-339, Circuit Court for the Third Judicial Circuit, Madison County, Illinois.


**DATED: February 13, 2023**        MONICA A. STUMP, Clerk of Court
                                    s/Tina Gray, Deputy Clerk



**Approved:**   s/ J. Phil Gilbert
               **J. PHIL GILBERT**
               **DISTRICT JUDGE**