# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

May 2, 2023

*By the Court*:

| No. 23-1477 | ATAIN SPECIALTY INSURANCE CO., <br> Plaintiff - Appellee <br><br> v. <br><br> ANGELA CLONTZ and COMMUNITY AND FAMILY AFFINITY SERVICES, INC., <br> Intervening Defendants - Appellants |
|---|---|
| **Originating Case Information:** ||
| District Court No: 3:21-cv-00415-JPG <br> Southern District of Illinois <br> District Judge J. Phil Gilbert ||
| **Originating Case Information:** ||
| District Court No: 3:21-cv-01259-JPG <br> Southern District of Illinois <br> District Judge J. Phil Gilbert ||

Upon consideration of the **STIPULATION FOR VOLUNTARY DISMISSAL OF APPEAL BY INTERVENOR DEFENDANTS ANGELA CLONTZ AND COUMMUNITY AND FAMILY AFFINITY SERVICES, INC.**, filed on May 1, 2023, by counsel for the appellants,

**IT IS ORDERED** that this case is **DISMISSED**, pursuant to Federal Rule of Appellate Procedure 42(b).

form name: **c7_FinalOrderWMandate**   (form ID: **137**)

CERTIFIED COPY

A True Copy
Teste:

_____
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit